No. 14-1077

## IN THE
## SUPREME COURT
## OF TEXAS

*In re* CHRISTUS Santa Rosa Health System d/b/a
CHRISTUS Santa Rosa Hospital – New Braunfels

On Petition for a Writ of Mandamus from Cause No. C-2013-0566C
From the 274th Judicial District Court of Comal County, Texas
The Honorable Dib Waldrip, presiding

## SUPPLEMENTAL RECORD TO
## RELATOR'S REPLY BRIEF ON THE MERITS

KROGER | BURRUS

Edward J. Kroger
State Bar No. 11729700
Leah A. Greene
State Bar No. 24012729
Meredith Massey
State Bar No. 24077190
3100 Weslayan, Suite 300
Houston, Texas 77027
Telephone:     713-961-7952
Facsimile:     713-961-7953
E-mail:          greene@krogerlaw.com

COUNSEL FOR RELATOR

**Supplemental Record Index**

**Tab 1 – Documents**

1.    Documents Responsive to Real Party's Requests for Production   R. 1:1

2.    Objections & Answers to Real Party's First Interrogatories       R. 1:55

3.    Excerpts of Deposition of Pamela Holden                          R. 1:65

4.    Excerpts of Deposition of Cassie McKeen                          R. 1:68

REQUEST FOR PRODUCTION NOs. 1, 6, 7, 8

| Binder No. | Policy No. | Most Recent Review Date | Title | Column1 | Date Due for Review |
|---|---|---|---|---|---|
| | | | ADMINISTRATION | | |
| | LEADERSHIP | | | | |
| 1 | CO-AD-01-01 | 5/21/10 | Mission, Core Values And Vision | | 5/20/13 |
| 1 | CO-AD-01-04 | 11/30/2012 | Policy on Policies & Procedures | | 11/30/15 |
| 1 | CO-AD-01-05 | 12/30/2011 | Administrative Call Coverage | | 12/29/14 |
| 1 | CO-AD-01-06 | 9/30/2011 | Transaction Approval Levels | | 9/29/14 |
| 1 | CO-AD-01-07 | 10/1/2011 | Patient Visitation | | 9/30/14 |
| 1 | CO-AD-01-09 | 3/1/2011 | Intermediate Sanctions | | 2/28/14 |
| 1 | CO-AD-01-11 | 1/29/2010 | Event Scheduling(Room scheduling,Catering Room Set-Up, Audio-Visual Equipment) | | 1/28/13 |
| 1 | CO-AD-01-14 | 9/1/2013 | Paging- Overhead | | 8/31/16 |
| 1 | CO-AD-01-15 | 1/31/2012 | Meetings Of The Directors | | 1/30/15 |
| 1 | CO-AD-01-16 | 1/31/2012 | Board Of Directors Orientation Program | | 1/30/15 |
| 1 | CO-AD-01-18 | 5/1/2012 | Plan For Provision Of Care And Hospital Services | | 5/1/15 |
| 1 | CO-AD-01-19 | 6/1/2011 | Leadership Values- Based Decisions Making Process | | 5/31/14 |
| 1 | CO-AD-01-20 | 1/1/2014 | Contract Management | | 12/31/16 |
| 1 | CO-AD-01-21 | 9/28/2009 | Sponsorship, Contribution, Donation Guidelines | | 9/27/12 |
| 1 | CO-AD-01-23 | 10/15/2010 | Governance- Governing Boards And Other Governance Principles | | 10/14/13 |
| 1 | CO-AD-01-25 | 3/1/2012 | Emergency Service Diversions Policy | | 3/1/15 |
| 1 | CO-AD-01-26 | 1/1/2011 | In- House Catering | | 12/31/13 |
| 1 | CO-AD-01-27 | 1/1/2011 | Alcohol Service at Catering Events | | 12/31/13 |
| 1 | CO-AD-01-28 | 10/1/2013 | Contract Management Rose | | 9/30/16 |
| 1 | CO-AD-01-29 | 10/1/2013 | Access to Regional Contract Database | | 9/30/16 |
| 1 | CO-AD-01-30 | 10/1/2013 | Entering and Uploading Contract in Contract Database | | 9/30/16 |
| 1 | CO-AD-01-31 | 10/1/2013 | Storage and Security of Contract Documents | | 9/30/16 |
| | BUSINESS OFFICE | | | | |
| 1 | CO-FM-02-02 | 9/11/2009 | Petty Cash | | 9/10/12 |
| 1 | CO-FM-02-03 | 1/1/2008 | Approval Of Company-Sponsored And Company Directly Paid Credit Cards | | 12/31/10 |
| 1 | CO-FM-05-07 | 12/1/2010 | Chaplain Housing Allowance | | 11/30/13 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Column1 | Date Due for Review |
|---|---|---|---|---|---|
| | | | **FINANCE** | | |
| 1 | CO-AD-03-01 | 10/1/2012 | Reimbursement of Business Expenses to CHRISTUS Santa Rosa Health Care Associates | | 10/1/15 |
| 1 | CO-FM-01-01 | 4/1/2012 | Charity Care | | 4/1/15 |
| 1 | CO-FM-01-02 | 4/1/2012 | Professional Courtesy And Prompt Pay Discounts For Health Services | | 4/1/15 |
| 1 | CO-FM-01-03 | 2/28/2011 | Patient Charge Capture And Reconciliation | | 2/27/14 |
| 1 | CO-FM-01-05 | 11/29/2010 | Awarding Construction Projects | | 11/28/13 |
| 1 | CO-FM-01-07 | 3/31/2011 | Cost-Capitalization | | 3/30/14 |
| | | | **ADVOCACY** | | |
| | | | **ORGANIZATIONAL DEVELOPMENT** | | |
| 1 | AD-01-03 | 12/30/2011 | CSRHS FULL ORG CHART DEC 2011 | | 12/29/14 |
| 1 | | 12/30/2011 | ORG CHAR - AH | | 12/29/14 |
| 1 | | 12/30/2011 | ORG CHART - CH of SA | | 12/29/14 |
| 1 | | 12/30/2011 | ORG CHART - MC | | 12/29/14 |
| 1 | | 12/30/2011 | ORG CHART - NB | | 12/29/14 |
| 1 | | 12/30/2011 | ORG CHART - WH | | 12/29/14 |
| | | | **FUNDRAISING** | | |
| 1 | CO-FM-04-02 | 1/4/2011 | Use Of Charitable Gifts | | 1/3/14 |
| 1 | CO-FM-04-03 | 1/31/2011 | Charitable Raffles | | 1/30/14 |
| | | | **PUBLIC AND COMMUNITY RELATIONS** | | |
| | | | **STRATEGIC PLANNING** | | |
| | | | **ADMITTING** | | |
| | | | **ADMINISTRATION** | | |
| 1 | CO-FM-06-16 | 12/1/2011 | Red Flag Policy | | 11/30/14 |
| | | | **CASH HANDLING** | | |
| 1 | CO-FM-06-04 | 12/1/2011 | ED Collections | | 11/30/14 |
| 1 | CO-FM-06-12 | 12/1/2011 | Cash Management | | 11/30/14 |
| 1 | CO-FM-06-15 | 12/1/2011 | Cash Drawer Policy | | 11/30/14 |
| | | | **REGISTRATION** | | |
| 1 | CO-FM-06-01 | 12/1/2011 | Inpatient Requirements | | 11/30/14 |
| 1 | CO-FM-06-02 | 12/1/2011 | Pre-Admission Process | | 11/30/14 |
| 1 | CO-FM-06-05 | 12/1/2011 | Medicare Secondary Payer Questionaire | | 11/30/14 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Column1 | Date Due for Review |
|---|---|---|---|---|---|
| 1 | CO-FM-06-06 | 12/1/2011 | Consent Signatures, Obtaining | | 11/30/14 |
| 1 | CO-FM-06-07 | 12/1/2011 | Medical Necessity Standards | | 11/30/14 |
| 1 | CO-FM-06-08 | 12/1/2011 | Protected Health Information, Use and Disclosure of | | 11/30/14 |
| 1 | CO-FM-06-09 | 12/1/2011 | Confidential Communication, Patient Request for | | 11/30/14 |
| 1 | CO-FM-06-10 | 12/1/2011 | Requiest for Restricting or Revoking Consent | | 11/30/14 |
| 1 | CO-FM-06-11 | 12/1/2011 | Privacy Practices, Notice of | | 11/30/14 |
| 1 | CO-FM-06-13 | 12/1/2011 | Care Givers, Non-Staff | | 11/30/14 |
| 1 | CO-FM-06-14 | 12/1/2011 | Room and Board Transfer Process | | 11/30/14 |
| 1 | CO-FM-06-17 | 12/1/2011 | Outpatient Registration Process | | 11/30/14 |
| 1 | CO-FM-06-18 | 12/1/2011 | Patient Identification | | 11/30/14 |
| 1 | CO-FM-06-19 | 12/1/2011 | Downtime Policy | | 11/30/14 |
| | | | SCHEDULING | | |
| 1 | CO-FM-06-03 | 12/1/2011 | Ancillary Scheduling | | 11/30/14 |
| | | | CARE MANAGEMENT | | |
| | | | CASE MANAGEMENT | | |
| 1 | | | Care Management Plan - Adult 2014 | | |
| 1 | CO-CM-01-05 | 9/1/2013 | Code 44, Inpateint Admission Changed to Observation | | 8/31/16 |
| 1 | CO-CM-01-07 | 9/1/2013 | Clinical Determination of Patient Status and Level of Care Guidelines | | 8/31/16 |
| 1 | CO-PM-06-12 | 1/5/2012 | Documentaion in Meditech UR Module | | 1/4/15 |
| 1 | CO-PM-06-19 | 1/1/2012 | Ordering Durable Medical Equipment | | 12/31/14 |
| 1 | CO-PM-06-21 | 1/1/2012 | Documentaion Discharge Plan in Medical Record | | 12/31/14 |
| 1 | CO-PM-06-26 | 1/1/2012 | Notifying Medicare Beneficiaries of Their Discharge Appeal Rights | | 12/31/14 |
| 1 | CO-PM-06-27 | 1/1/2012 | Financial Referral | | 12/31/14 |
| 1 | CO-PM-06-28 | 1/1/2012 | Denials: Insurance Notification | | 12/31/14 |
| 1 | CO-PM-06-29 | 1/1/2012 | Potential Avoidable Day Opportunity | | 12/31/14 |
| 1 | CO-PM-06-31 | 2/1/2012 | Multidisciplinary Care & Discharge Planning | | 1/31/15 |
| 1 | CO-PM-06-32 | 1/1/2012 | Acute Care Readmissions | | 12/31/14 |
| 1 | CO-PM-06-33 | 1/1/2012 | Patient Right to Choice in Community Resources | | 12/31/14 |
| 1 | CO-PM-06-35 | 1/1/2012 | Advance Beneficiary Notice of Non-Coverage/ABN | | 12/31/14 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Column1 | Date Due for Review |
|---|---|---|---|---|---|
| 1 | CO-PM-06-41 | 1/1/2012 | Case Management Patient Status Determination Protocol | | 12/31/14 |
| | | | SOCIAL WORK | | |
| 1 | CO-PM-06-1A | 11/1/2011 | Emergency Possession of Certain Abandoned Children/Baby Moses Laws | | 10/31/14 |
| 1 | CO-PM-06-02 | 11/1/2011 | Mental Health Commitments | | 10/31/14 |
| 1 | CO-PM-06-05 | 11/1/2011 | Suspected Elderly Abuse/Neglect | | 10/31/14 |
| 1 | CO-PM-06-5A | 11/1/2011 | Domestic Violence | | 10/31/14 |
| 1 | CO-PM-06-6A | 11/1/2011 | Physical Child Abuse | | 10/31/14 |
| 1 | CO-PM-06-11 | 2/1/2012 | Guardianship | | 1/31/15 |
| 1 | CO-PM-06-14 | 1/5/2012 | Discharge Transportation | | 1/4/15 |
| 1 | CO-PM-06-15 | 1/1/2012 | Meal Tickets | | 12/31/14 |
| 1 | CO-PM-06-17 | 1/1/2012 | Discharge Planning Skilled Nursing Facility Placement | | 12/31/14 |
| 1 | CO-PM-06-20 | 1/1/2012 | Patient/Family Conference | | 12/31/14 |
| 1 | CO-PM-06-30 | 1/1/2012 | Discharge Planning: Long Term Acute Care Placement | | 12/31/14 |
| | | | PATIENT INTAKE CENTER | | |
| 1 | CO-PM-06-39 | 1/1/2012 | Patient Intake Center Operations | | 12/31/14 |
| 1 | CO-PM-06-40 | 1/1/2012 | Record-Keeping for Patient Intake Center | | 12/31/14 |
| 1 | CO-PM-06-42 | 1/1/2012 | Patient Intake Center Admit Screening Policy | | 12/31/14 |
| 1 | CO-PM-06-47 | 1/1/2012 | Transfer from Outlying Hospitals to Medical Center Campus | | 12/31/14 |
| | | | CLINICAL DOCUMENTATION IMPROVEMENT | | |
| | | | UTILIZATION REVIEW | | |
| | | | CHRISTUS TRANSPLANT INSTITUTE | | |
| | | | ADMINISTRATIVE | | |
| 1 | CHECKLISTS | | Competency Checklist | | |
| 1 | CTI-A-01 | 3/1/2011 | Policy For Transplant Regulatory Compliance | | 2/28/14 |
| 1 | CTI-A-03 | 3/1/2011 | Final Transplant Compatibility Protocol | | 2/28/14 |
| 1 | CTI-A-04 | 3/1/2011 | Documentation And Medical Record Components | | 2/28/14 |
| 1 | CTI-A-05 | 3/1/2011 | Clinical Nutritional Services Protocol | | 2/28/14 |
| 1 | CTI-A-06 | 11/1/2011 | Policy For Quality Assessment and Performance Improvement And Adverse Event Follow Up | | 10/31/14 |

R. 1:5

| Binder No. | Policy No. | Most Recent Review Date | Title | Column1 | Date Due for Review |
|---|---|---|---|---|---|
| 1 | CTI-A-07 | 11/1/2011 | Policy For Patient And Living Donor Nutritional Management | | 10/31/14 |
| 1 | CTI-A-09 | 11/1/2011 | CTI Onsite Program Coverage Plan | | 10/31/14 |
| 1 | CTI-A-10 | 11/1/2011 | Organ Procurement Organ Recovery | | 10/31/14 |
| 1 | CTI-A-12 | 11/1/2011 | ABO Compatibility Verification Donor-Recipient | | 10/31/14 |
| 1 | CTI-A-13 | 11/1/2011 | After Hours Accessibility | | 10/31/14 |
| 1 | CTI-A-14 | 11/1/2011 | Standard Operating Procedure Clinical Drug Monitoring | | 10/31/14 |
| 1 | CTI-A-15 | 3/1/2011 | Clinical Transplant Coordinator Competency Testing | | 2/28/14 |
| 1 | CTI-A-16 | 3/1/2011 | Continuity Of Care | | 2/28/14 |
| 1 | CTI-A-18 | 3/1/2011 | Financial Coordinator Core Competencies | | 2/28/14 |
| 1 | CTI-A-19 | 3/1/2011 | Financial Coordinator Flow Process | | 2/28/14 |
| 1 | CTI-A-20 | 3/1/2011 | Fire Protection | | 2/28/14 |
| 1 | CTI-A-22 | 3/1/2011 | Medicare Certification For Active Transplant Programs | | 2/28/14 |
| 1 | CTI-A-23 | 3/1/2011 | Organ Acquisition Billing | | 2/28/14 |
| 1 | CTI-A-24 | 11/1/2011 | Patient Disposition | | 10/31/14 |
| 1 | CTI-A-25 | 11/1/2011 | Patient Family Education | | 10/31/14 |
| 1 | CTI-A-26 | 11/1/2011 | Patient Referral | | 10/31/14 |
| 1 | CTI-A-27 | 11/1/2011 | Patient Selection Committee Meeting | | 10/31/14 |
| 1 | CTI-A-32 | 11/1/2011 | Provision Of Arranged Services | | 10/31/14 |
| 1 | CTI-A-33 | 3/1/2011 | Quality Indicatory Monitoring | | 2/28/14 |
| 1 | CTI-A-35 | 3/1/2011 | Scope Of Patient Family Assessment | | 2/28/14 |
| 1 | CTI-A-36 | 3/1/2011 | Securing Of Medical Records Involved Litigation Or Potential Litigation | | 2/28/14 |
| 1 | CTI-A-37 | 11/1/2011 | Time Study Documentation | | 10/31/14 |
| 1 | CTI-A-38 | 11/1/2011 | Transfer Into - Out Of CTI Transplant Program | | 10/31/14 |
| 1 | CTI-A-39 | 11/1/2011 | Transplant Adminstrative Director | | 10/31/14 |
| 1 | CTI-A-40 | 11/1/2011 | Agreements | | 10/31/14 |
| 1 | CTI-A-41 | 3/1/2011 | Transplant Staff Core Competencies | | 2/28/14 |
| 1 | CTI-A-42 | 3/1/2011 | Signature Policy | | 2/28/14 |
| 1 | CTI-A-43 | 3/1/2011 | Departmental Emergency Preparedness | | 2/28/14 |
| 1 | CTI-A-44 | 9/1/2011 | Transplant Program Disaster Emergency Plan | | 8/31/14 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Column1 | Date Due for Review |
|---|---|---|---|---|---|
| 1 | CTI-A-45 | 1/1/2012 | Transplant Specific Sentinel Event and Significant Adverse Event Reporting | | 12/31/14 |
| 1 | CTI-A-46 | 6/1/2012 | Protection Of Confidentiality Of Deceased Donor Identitiy | | 6/1/15 |
| 1 | CTI-A-47 | 9/1/2012 | Student Residents Guidelines | | 9/1/15 |
| | | | CLINICAL PRACTICE | | |
| 1 | CTI-KP-01 | 8/1/2012 | Renal, Renal Pancreas, and Pancreas Transplant Selection Criteria | | 8/1/15 |
| 1 | CTI-KP-02 | 1/1/2012 | Renal Pancreas Organ Selection Criteria | | 12/31/14 |
| 1 | CTI-KP-03 | 12/1/2011 | Independent Donor Advocate Team, Policy For | | 11/30/14 |
| 1 | CTI-KP-04 | 1/1/2012 | Membership Requirements For Renal And Pancreas Transplant Selection And Quality Oversight Meeting | | 12/31/14 |
| 1 | CTI-KP-05 | 1/1/2012 | Renal Pancreas Transplant Patient Education And Evaluation Informed Consent, Policy For | | 12/31/14 |
| 1 | CTI-KP-06 | 1/1/2012 | Living Renal Donor Transplant Psychosocial Protocol | | 12/31/14 |
| 1 | CTI-KP-07 | 1/1/2012 | Renal Pancreas Transplant Psychosocial Protocol | | 12/31/14 |
| 1 | CTI-KP-08 | 1/1/2012 | Renal Pancreas Transplant On Call Event Setup | | 12/31/14 |
| 1 | CTI-KP-09 | 1/1/2012 | Protocol For Ureteral Stent Removal In Renal And Renal Pancreas Recipients | | 12/31/14 |
| 1 | CTI-KP-10 | 12/1/2012 | Living Kidney Donor Evaluation and Selection Criteria | | 12/1/15 |
| 1 | CTI-KP-11 | 12/1/2011 | Living Donor Informed Consent | | 11/30/14 |
| 1 | CTI-KP-12 | 7/1/2012 | Guidelines For Acute Renal And Renal- Pancreatic Cellular Rejection | | 7/1/15 |
| 1 | CTI-KP-13 | 7/1/2012 | Lymphocyte Depleting Induction + Tacrolimus+Steroids + Mycophenolate Mofetil (MMF) | | 7/1/15 |
| 1 | CTI-KP-14 | 7/1/2012 | Standard Immunosuppression Guidelines | | 7/1/15 |
| 1 | CTI-KP-15 | 7/1/2012 | Treatment Of Acute Humoral Rejections Guidelines | | 7/1/15 |
| 1 | CTI-KP-16 | 7/1/2012 | Guiedlines For Maintenance Immunosuppression Using Cyclosporine In Renal Transplant Recipients | | 7/1/15 |
| 1 | CTI-KP-17 | 7/1/2012 | Guidelines For Initiation And Maintenance Immunosuppression Using Tacrolimus In Renal And Renal- Pancreas Transplants | | 7/1/15 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Column1 | Date Due for Review |
|---|---|---|---|---|---|
| 1 | CTI-KP-18 | 7/1/2012 | Guidelines For Initiation And Maintenance Immunosuppression Using Cellcept In Renal And Renal-Pancreas Transplants | | 7/1/15 |
| 1 | CTI-KP-19 | 7/1/2012 | Guidelines For Initiation And Maintenance Immunosuppression Using Sirolimus In Renal and Renal-Pancreas Transplants | | 7/1/15 |
| 1 | CTI-KP-20 | 7/1/2012 | Guidelines For The Use Of Antithymocyte Globulin As Induction Immunosuppresion And/Or For Treatment Of Rejection | | 7/1/15 |
| 1 | CTI-KP-22 | 7/1/2012 | Guidelines For Routine Infectious Disease Prophylaxis In Renal and Renal-Pancreas Transplants | | 7/1/15 |
| 1 | CTI-KP-23 | 7/1/2012 | Guidelines For Management Of Hypertension Post Renal and Renal-Pancreas Transplant | | 7/1/15 |
| 1 | CTI-KP-26 | 1/1/2012 | Protocol For Health Care Maintenance Post Renal And Renal-Pancreas Transplant | | 12/31/14 |
| 1 | CTI-KP-27 | 1/1/2012 | Response To Decline In Renal Function | | 12/31/14 |
| 1 | CTI-KP-28 | 1/1/2012 | Communication With Dialysis Center And/Or Referring Physician | | 12/31/14 |
| 1 | CTI-KP-29 | 7/1/2012 | Steroid Elimination Guidelines | | 7/1/15 |
| 1 | CTI-KP-30 | 1/1/2012 | Karnofsky Performance Status Scale | | 12/31/14 |
| 1 | CTI-KP-31 | 1/1/2012 | Management Of The Deceased Donor Transplant List | | 12/31/14 |
| 1 | CTI-KP-32 | 3/1/2013 | Post Transplant Recipient Follow Up | | 2/29/16 |
| 1 | CTI-KP-33 | 12/1/2011 | Potential Candidate Evaluation Process Flow (Recipient And Live Donor) | | 11/30/14 |
| 1 | CTI-KP-34 | 1/1/2012 | PRA (Panel - Reactive Antibody) Monitoring | | 12/31/14 |
| 1 | CTI-KP-35 | 1/1/2012 | Preoperative Education For The Live Donor | | 12/31/14 |
| 1 | CTI-KP-36 | 1/1/2012 | Solid Organ Transplant Criteria Guidelines | | 12/31/14 |
| 1 | CTI-KP-37 | 9/1/2011 | Transplant Body Mass Index Protocol | | 8/31/14 |
| 1 | CTI-KP-38 | 1/1/2012 | Wait List Management Of Transplant Patients | | 12/31/14 |
| 1 | CTI-KP-39 | 1/1/2012 | Expanded Donor Informed Consent | | 12/31/14 |
| 1 | CTI-KP-40 | 12/15/2011 | TIEDI Data Entry and Maintenance | | 12/14/14 |
| 1 | CTI-KP-41 | 12/1/2011 | Organ Identification and Verfication Upon Arrival To Transplant Hospital | | 11/30/14 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Column1 | Date Due for Review |
|---|---|---|---|---|---|
| 1 | CTI-KP-42 | 12/1/2011 | Preoperative Work-Up For Living Kidney Donors | | 11/30/14 |
| 1 | CTI-KP-43 | 1/1/2012 | Bariatric Referral | | 12/31/14 |
| 1 | CTI-KP-44 | 4/1/2012 | Status Changes for Waitlisted Kidney Transplant Patients | | 4/1/15 |
| 1 | CTI-KP-45 | 4/1/2012 | Kidney and Pancreas Evaluation Testing | | 4/1/15 |
| 1 | CTI-KP-46 | 8/1/2012 | Evaluation For Tuberculosis Infection In Renal Transplant Candidates | | 8/1/15 |
| 1 | CTI-KP-47 | 1/4/2012 | Contacting Donor For TEIDI Follow Up | | 1/3/15 |
| | | | **FINANCIAL GUIDELINES** | | |
| | | | **CLINICS/COMMUNITY HEALTH SERVICES** | | |
| | | | **CHILDREN'S MOBILE CLINIC** | | |
| 1 | 1 | 8/1/2009 | Vaccine Ordering, Handling, and Storage | | 7/31/12 |
| 1 | 5 | 8/1/2009 | Pediatric Mobile Clinic Emergency Preparedness Plan | | 7/31/12 |
| 1 | CO-CL-01-02 | 4/1/2013 | Emergency Kit | | 3/31/16 |
| 1 | CO-CL-01-04 | 4/1/2013 | Nursing Procedure Reference Book | | 3/31/16 |
| 1 | CO-CL-01-06 | 4/1/2013 | Immunization Policy | | 3/31/16 |
| | | | **ADULT CLINICS** | | |
| | | | **WIC CLINIC** | | |
| 1 | CO-CL-03-01 | 9/1/2012 | Informing Associates of Formula in Stock | | 9/1/15 |
| 1 | CO-CL-03-02 | 9/1/2012 | Income Screening As A Certification Requirement | | 9/1/15 |
| 1 | CO-CL-03-03 | 9/1/2012 | Coordination of Program Operations | | 9/1/15 |
| 1 | CO-CL-03-04 | 9/1/2012 | Thinning of Client Records | | 9/1/15 |
| 1 | CO-CL-03-05 | 4/1/2013 | Filing of Client Records | | 3/31/16 |
| 1 | CO-CL-03-06 | 9/1/2012 | Provision of Services to Individuals with Disabilities | | 9/1/15 |
| 1 | CO-CL-03-07 | 3/1/2013 | Policy For Screening, Documenting and Reporting Child Abuse | | 2/29/16 |
| 1 | CO-CL-03-08 | 9/1/2012 | Identification of WIC Applicant | | 9/1/15 |
| 1 | CO-CL-03-09 | 9/1/2012 | Staff Fraud and Abuse Policy | | 9/1/15 |
| 1 | CO-CL-03-10 | 9/1/2012 | Quality Assurance Plan | | 9/1/15 |
| 1 | CO-CL-03-11 | 9/1/2012 | Dual Participant (DP) and Transfer Locks (TR) | | 9/1/15 |
| 1 | CO-CL-03-12 | 9/1/2012 | Physical Presence | | 9/1/15 |
| 1 | CO-CL-03-13 | 9/1/2012 | Referral Agencies Resource Directories | | 9/1/15 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Column1 | Date Due for Review |
|---|---|---|---|---|---|
| 1 | CO-CL-03-14 | 9/1/2012 | LA Orientation Training | | 9/1/15 |
| 1 | CO-CL-03-15 | 9/1/2012 | Limited English Proficiency (formerly Translation/Interpretation Policy) | | 9/1/15 |
| 1 | CO-CL-03-16 | 9/1/2012 | Orientation Training | | 9/1/15 |
| 1 | CO-CL-03-17 | 9/1/2012 | Calibration of Scales | | 9/1/15 |
| 1 | CO-CL-03-18 | 9/1/2012 | Client Grievance | | 9/1/15 |
| 1 | CO-CL-03-19 | 9/1/2012 | Discrimination Complaints | | 9/1/15 |
| 1 | CO-CL-03-20 | 9/1/2012 | Confidentiality Policy | | 9/1/15 |
| 1 | CO-CL-03-21 | 9/1/2012 | Transfer of Participants within Project #89 | | 9/1/15 |
| 1 | CO-CL-03-22 | 9/1/2012 | Management of Adverse Outcomes | | 9/1/15 |
| 1 | CO-CL-03-23 | 9/1/2012 | Transporting Client Records | | 9/1/15 |
| 1 | CO-CL-03-24 | 9/1/2012 | Contingency Plan For Certifying Authority Coverage | | 9/1/15 |
| 1 | CO-CL-03-25 | 9/1/2012 | Scheduling Missed Appointments | | 9/1/15 |
| 1 | CO-CL-03-26 | 9/1/2012 | End of Month Procedures | | 9/1/15 |
| 1 | CO-CL-03-27 | 2/1/2013 | Order of WIC Program Records | | 2/1/16 |
| 1 | CO-CL-03-28 | 9/1/2012 | High Risk Referrals | | 9/1/15 |
| 1 | CO-CL-03-29 | 9/1/2012 | Record Retention and Proper Disposal | | 9/1/15 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review | Former Policy No. |
|---|---|---|---|---|---|
| | | | EMERGENCY PREPAREDNESS | | |
| 2 | CO-EC-04-06 | 6/1/2013 | Emergency Color Codes | 5/31/16 | |
| | | | ETHICS, RIGHTS, AND RESPONSIBLITIES , PATIENT RIGHTS | | |
| | | | PATIENTS RIGHTS | | |
| 2 | CO-ET-01-01 | 3/1/2013 | Patient's Rights and Responsibilities | 2/29/16 | |
| 2 | CO-ET-01-02 | 2/1/2013 | Use of Medical Interpreters | 2/1/16 | |
| 2 | CO-ET-01-03 | 5/1/2013 | Patient  Complaint/Grievance | 4/30/16 | |
| 2 | CO-PM-01-03 | 2/1/2012 | Human Research Protection Oversight | 1/31/15 | |
| 2 | CO-PM-01-05 | 6/1/2011 | Organ and Tissue Donation | 5/31/14 | |
| 2 | CO-PM-01-32 | 4/10/2010 | Photographing of Patients for Educational - Performance Improvement Purposes | 4/9/13 | |
| 2 | CO-PM-02-01 | 10/1/2011 | Advance Directives | 9/30/14 | |
| 2 | CO-PM-02-02 | 1/1/2012 | Physician - Family Medical Care | 12/31/14 | |
| 2 | CO-PM-02-02-01 | 6/9/2010 | CSRHS Ethics Committee | 6/8/13 | |
| 2 | CO-PM-02-03 | 6/9/2010 | Do not Resuscitate/Allow Natural Death | 6/8/13 | |
| 2 | CO-PM-02-04 | 10/1/2011 | End of Life Care | 9/30/14 | |
| 2 | CO-PM-02-07 | 4/1/2012 | Withdrawal Of Medical Treatments | 4/1/15 | |
| | | | ETHICS | | |
| 2 | CO-ET-02-01 | 11/1/2012 | Determination of Brain Death for Adults  & Children | 11/1/15 | |
| 2 | CO-ET-02-02 | 5/1/2013 | Misconduct In Science | 4/30/16 | |
| 2 | CO-PM-02-02-04 | 1/1/2012 | Ethical Considerations For Life Threatening Pg. | 12/31/14 | |
| 2 | CO-PM-02-02-05 | 1/1/2012 | Direct Sterilization | 12/31/14 | |
| 2 | CO-PM-02-02-08 | 1/1/2012 | Donation After Cardiac Death | 12/31/14 | |
| 2 | CO-PM-02-02-09 | 4/1/2011 | Contraceptives | 3/31/14 | |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review | Former Policy No. |
|---|---|---|---|---|---|
| | | | **FACILITIES,MAINTENANCE & PLANT OPS** | | |
| | | | **HAZARDOUS MATERIALS** | | |
| 2 | CO-EC.02.02.01 | 7/1/2012 | Hazardous Materials Management Plan | 7/1/15 | |
| 2 | CO-EC-01-02 | 1/1/2014 | SDS Management | 12/31/16 | |
| 2 | CO-EC-03-8 | 6/1/2011 | Hazardous Spills | 5/31/14 | |
| 2 | CO-EC-03-10 | 6/1/2011 | Pharmaceutical Waste Disposal Management Program | 5/31/14 | |
| | | | **FIRE AND LIFE SAFETY** | | |
| | | | **MEDICAL EQUIPMENT** | | |
| 2 | 0 | 2/4/2013 | EC Compliance Manual | 2/4/16 | |
| 2 | 1 | 11/1/2013 | Biomedical Engineering Overview | 10/31/16 | |
| 2 | 800.01 | 2/22/2013 | Medical Equipment Inventory | 2/22/16 | |
| 2 | 800.02 | 2/22/2013 | Management, Inspection, and Repair of Medical Equipme | 2/22/16 | |
| 2 | 800.03 | 2/22/2013 | Medical Equipment Selection | 2/22/16 | |
| 2 | 800.4 | 1/26/2012 | Retirement and Disposal of Medical Equipment | 1/25/15 | |
| 2 | EC-02.04.01 | 7/1/2012 | Medical Equipment Program Management Plan | 7/1/15 | |
| | | | | 12/30/02 | |
| 2 | 1000 | 3/1/2010 | Table Of Contents | 2/28/13 | |
| 2 | 1001 | 3/1/2010 | Equipment Management Plan | 2/28/13 | |
| 2 | 1002 | 3/1/2010 | Medical Equipment Management Program Criteria | 2/28/13 | |
| 2 | 1003 | 3/1/2010 | Medical Equipment Management Program Inventory | 2/28/13 | |
| 2 | 1004 | 3/1/2010 | Initial Inspection | 2/28/13 | |
| 2 | 1005 | 3/1/2010 | Equipment Contract Coverage Additions and Deletions | 2/28/13 | |
| 2 | 1006 | 11/2/2011 | Device Recalls and Alerts | 11/1/14 | |
| 2 | 1007 | 3/1/2010 | Safe Medical Devices Act | 2/28/13 | |
| 2 | 1008 | 3/1/2010 | Record Keeping and Documentation | 2/28/13 | |
| 2 | 1008a | 3/1/2009 | End of Month Processing | 2/29/12 | |
| 2 | 1009 | 3/1/2010 | Service Codes | 2/28/13 | |
| 2 | 1010 | 3/1/2010 | Clinical Rounds | 2/28/13 | |
| 2 | 1011 | 3/1/2010 | Unscheduled Work Requests | 2/28/13 | |
| 2 | 1012 | 3/1/2010 | Scheduled Maintenance | 2/28/13 | |
| 2 | 1013 | 3/1/2010 | Vendor Service | 2/28/13 | |
| 2 | 1014 | 3/1/2009 | In-Service Training | 2/29/12 | |
| 2 | 1014a | 3/1/2010 | Maintainer Training | 2/28/13 | |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review | Former Policy No. |
|---|---|---|---|---|---|
| 2 | 1015 | 3/1/2010 | Life Cycle Analysis | 2/28/13 | |
| 2 | 1016 | 3/1/2010 | Electrical Safety Inspections | 2/28/13 | |
| 2 | 1016a | 3/1/2010 | Lock Out Tag Out | 2/28/13 | |
| 2 | 1017 | 3/1/2010 | General Shop Safety | 2/28/13 | |
| 2 | 1018 | 3/1/2009 | Equipment Assessment Reports | 2/29/12 | |
| 2 | 1019 | 3/1/2010 | Quality Assurance and Improvement | 2/28/13 | |
| 2 | 1020 | 3/1/2010 | Service Manuals, Software and Specialized Test Equipmer | 2/28/13 | |
| 2 | 1021 | 3/1/2010 | Inspection Labels | 2/28/13 | |
| 2 | 1022 | 3/1/2010 | Non-Hospital Owned Medical Equipment | 2/28/13 | |
| 2 | 1023 | 3/1/2010 | Environmental Sweep | 2/28/13 | |
| 2 | 1024 | 3/1/2010 | Test Equipment | 2/28/13 | |
| 2 | 1025 | 3/1/2010 | Employee Training Records | 2/28/13 | |
| | | | UTILITIES MANAGEMENT | | |
| 2 | CO-EC-07-2 | 1/1/2012 | Standard on Hot Water Temperature | 12/31/14 | |
| 2 | CO-EC.02.05.01 | 7/1/2012 | Utility Sytems Management Plan | 7/1/15 | |
| | | | MAINTENANCE /PLANT OPERATIONS | | |
| 2 | 1000 | 1/1/2012 | Mission | 12/31/14 | |
| 2 | 1001 | 1/1/2011 | Statement of Accountability and Responsibility | 12/31/13 | |
| 2 | 1002 | 1/1/2012 | Functions | 12/31/14 | |
| 2 | 1004 | 1/1/2012 | Hours of Service | 12/31/14 | |
| 2 | 1005 | 1/1/2012 | Staff Meetings | 12/31/14 | |
| 2 | 1006 | 1/1/2012 | Disaster Plan | 12/31/14 | |
| 2 | 1006.1 | 1/1/2012 | Department Response To A Disaster (Code Gray) | 12/31/14 | |
| 2 | 1007 | 1/1/2012 | Blue Prints | 12/31/14 | |
| 2 | 1008 | 1/1/2012 | Fire Plan | 12/31/14 | |
| 2 | 1009 | 1/1/2012 | Fire Watch | 12/31/14 | |
| 2 | 1010 | 1/1/2012 | Access Key Control | 12/31/14 | |
| 2 | 2000 | 1/1/2012 | Environmental Maintenance | 12/31/14 | |
| 2 | 2000.4 | 1/1/2012 | Environmental Maintenance- Non- Patient Care Area | 12/31/14 | |
| 2 | 2000.5 | 1/1/2012 | Environmental Maintenance - Patient Care Area | 12/31/14 | |
| 2 | 2000.6 | 1/1/2012 | Environmental Maintenance - Mechanical Area | 12/31/14 | |
| 2 | 2000.7 | 1/1/2012 | Environmental Maintenance - Grounds | 12/31/14 | |
| 2 | 2000.8 | 1/1/2012 | Interim Life Safety Measures | 12/31/14 | |

R. 1:13

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review | Former Policy No. |
|---|---|---|---|---|---|
| 2 | 2000.9 | 1/1/2012 | Department Infection Control | 12/31/14 | |
| 2 | 2000.9A | 1/1/2012 | Infection Control - Airborne / Ventilation | 12/31/14 | |
| 2 | 2000.9B | 1/1/2012 | Infection Control - Operating Room  Ventilation | 12/31/14 | |
| 2 | 2000.9C | 1/1/2012 | Infection Control - Waterborne | 12/31/14 | |
| 2 | 2000.9D-1 | 1/1/2012 | Infection Control  - Decontamination | 12/31/14 | |
| 2 | 2000.9E | 1/1/2012 | Infection Control - Cooling Towers | 12/31/14 | |
| 2 | 2000.9G | 1/1/2012 | Infection Control - Ice Machines | 12/31/14 | |
| 2 | 2000.9F | 1/1/2012 | Infection Control - Dialysis Water | 12/31/14 | |
| 2 | 2001 | 1/1/2012 | Maintenance and Inspection: Fire Warning and Safety Sys | 12/31/14 | |
| 2 | 2001.1 | 1/1/2012 | Fire Alarm System Reset | 12/31/14 | |
| 2 | 2001.2 | 1/1/2012 | Maintenance and Inspection: Fire Protection System | 12/31/14 | |
| 2 | 2002 | 1/1/2012 | Maintenance & Inspection: Electrical Distribution System | 12/31/14 | |
| 2 | 2002.1 | 1/1/2012 | Electrical Generator Procedure | 12/31/14 | |
| 2 | 2003 | 1/1/2012 | Maintenance & Inspection: Vertical & Horizontal Transpor | 12/31/14 | |
| 2 | 2004 | 1/1/2012 | Maintenance & Inspection: HVAC System | 12/31/14 | |
| 2 | 2004.1 | 1/1/2012 | Christus Santa Rosa Health Care Chiller Operation Proce | 12/31/14 | |
| 2 | 2004.3 | 1/1/2012 | Air Filter P.M. Procedure | 12/31/14 | |
| 2 | 2005 | 1/1/2012 | Maintenance & Inspection: Water Distribution/Plumbing S | 12/31/14 | |
| 2 | 2005.1 | 1/1/2012 | Softner Operation Procedure on Units in Center for Childr | 12/31/14 | |
| 2 | 2005.2 | 1/1/2012 | Softner Operation Procedure Outside CTRC (Formerly Ot | 12/31/14 | |
| 2 | 2006 | 1/1/2012 | Maintenance & Inspection: Boiler/Steam System | 12/31/14 | |
| 2 | 2006.1 | 1/1/2012 | Christus Santa Rosa Health Care Boiler Operation Procedu | 12/31/14 | |
| 2 | 2007 | 1/1/2012 | Medical Gas System | 12/31/14 | |
| 2 | 2008 | 1/1/2012 | Maintenance & Inspection: Medical / Surgical Air and Vac | 12/31/14 | |
| 2 | 2009 | 1/1/2012 | Domestic Water Temperature | 12/31/14 | |
| 2 | 2010 | 1/1/2012 | Scheduled Equipment Maintenance | 12/31/14 | |
| 2 | 2010.1 | 1/1/2012 | Plant Maintenance Shift Operations | 12/31/14 | |
| 2 | 2011 | 1/1/2012 | Equipment / Furniture Repair | 12/31/14 | |
| 2 | 2011.1 | 1/1/2012 | Identification of Repaired Equipment (Form 00117537) | 12/31/14 | |
| 2 | 2011.2 | 1/1/2012 | Monthly Report on Abuse & Operator Error | 12/31/14 | |
| 2 | 2012 | 1/1/2012 | Pre-Purchase Evaluations | 12/31/14 | |
| 2 | 2013 | 1/1/2012 | Service Request / Work Order Control | 12/31/14 | |
| 2 | 2014 | 1/1/2012 | ICRA - Renovation and Contstruction | 12/31/14 | |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review | Former Policy No. |
|---|---|---|---|---|---|
| 2 | 2015 | 1/1/2012 | Relocation of Equipment and Furniture | 12/31/14 | |
| 2 | 2016 | 1/1/2012 | Interior Furnishings, Finishes and Floors | 12/31/14 | |
| 2 | 2017 | 1/1/2012 | Equipment Inventory and Preventive Maintenance | 12/31/14 | |
| 2 | 2017.1 | 1/1/2012 | Equipment Critical to Patient Care | 12/31/14 | |
| 2 | 2017.2 | 1/1/2012 | Building Maintenance Program | 12/31/14 | |
| 2 | 2017.3 | 1/1/2012 | Regulatory Preventive Maintenance | 12/31/14 | |
| 2 | 2018 | 1/1/2012 | Computerized Maintenance Management Improvement | 12/31/14 | |
| 2 | 3000 | 1/1/2012 | Job Descriptions | 12/31/14 | |
| 2 | 3005 | 1/1/2012 | Time and Attendance Collection System (KRONOS) | 12/31/14 | |
| 2 | 3006 | 1/1/2012 | Absenteeism and Tardiness (Call In Procedure) | 12/31/14 | |
| 2 | 3007 | 1/1/2012 | Dress Code | 12/31/14 | |
| 2 | 3008 | 1/1/2012 | Performance Evaluation | 12/31/14 | |
| 2 | 4000 | 1/1/2012 | Tool, Storage, Distribution and Inventory | 12/31/14 | |
| 2 | 4001 | 1/1/2012 | Use of Personal Tools | 12/31/14 | |
| 2 | 4003 | 1/1/2012 | Use of Vehicles for Hospital Business | 12/31/14 | |
| 2 | 5000 | 1/1/2012 | Emergency Call Procedure | 12/31/14 | |
| 2 | 5001 | 1/1/2012 | Loss of Electrical Power | 12/31/14 | |
| 2 | 5002 | 1/1/2012 | CPSB Power Cubicles - City Centre | 12/31/14 | |
| 2 | 5003 | 1/1/2012 | Elevator Failure and Passenger Evacuation | 12/31/14 | |
| 2 | 5004 | 1/1/2012 | Failure of Heating, Ventilation, A/C (HVAC) System | 12/31/14 | |
| 2 | 5004.1 | 1/1/2012 | System Failure on Chillers | 12/31/14 | |
| 2 | 5005 | 1/1/2012 | Failure of Water Distribution System | 12/31/14 | |
| 2 | 5006 | 1/1/2012 | Failure of Plumbing System / Flooding | 12/31/14 | |
| 2 | 5007 | 1/1/2012 | Failure of Boiler / Steam Equipment | 12/31/14 | |
| 2 | 5008 | 1/1/2012 | Failure of Medical Gas System - Oxygen | 12/31/14 | |
| 2 | 5009 | 1/1/2012 | Failure of Medical Air System | 12/31/14 | |
| 2 | 5010 | 1/1/2012 | Failure of Medical Vacuum System | 12/31/14 | |
| 2 | 5011 | 1/1/2012 | Ethylene Oxide Leakage | 12/31/14 | |
| 2 | 5012 | 1/1/2012 | Toxic Eternal Atmosphere | 12/31/14 | |
| 2 | 5013 | 1/1/2012 | Failure of Pneumatic Tube System | 12/31/14 | |
| 2 | 5014 | 1/1/2012 | Maintenance of Plant Operations in Freezing Temperature | 12/31/14 | |
| 2 | 5015 | 1/1/2012 | Clean Up of Chemical Spills | 12/31/14 | |
| 2 | 5015.1 | 1/1/2012 | Clean Up of Chemical Spills SLUG Control Plan | 12/31/14 | |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review | Former Policy No. |
|---|---|---|---|---|---|
| 2 | 5016 | 1/1/2012 | Failure of Fire Alarm System | 12/31/14 | |
| 2 | 5017 | 1/1/2012 | Failure of Fire Protection System | 12/31/14 | |
| 2 | 5100 | 1/1/2012 | Utility Shutdown | 12/31/14 | |
| 2 | 5200 | 1/1/2012 | Utility Incident Reporting | 12/31/14 | |
| 2 | 6000 | 1/1/2012 | Performance Improvement Procedure | 12/31/14 | |
| 2 | 6000.1 | 1/1/2012 | Maintenance / Engineering Performance: Improvement M | 12/31/14 | |
| 2 | 6000.2 | 1/1/2012 | Energy Curtailment Program | 12/31/14 | |
| 2 | 7000 | 1/1/2012 | General Safety | 12/31/14 | |
| 2 | 7001 | 1/1/2012 | Electrical Safety - General appliances, Tools, TV, DVD, an | 12/31/14 | |
| 2 | 7001.1 | 1/1/2012 | Electrical Safety - Lockout Procedure | 12/31/14 | |
| 2 | 7003 | 1/1/2012 | Hazardous Chemicals | 12/31/14 | |
| 2 | 7004 | 1/1/2012 | Asbestos Control Program | 12/31/14 | |
| 2 | 7004.1 | 1/1/2012 | Removal of Asbestos Containing Materials | 12/31/14 | |
| 2 | 7005 | 1/1/2012 | Handling and Use of Compressed Gas Cylinders | 12/31/14 | |
| 2 | 7006 | 1/1/2012 | Radiation Protection Regulations: Guidelines for Maintena | 12/31/14 | |
| 2 | 7007 | 1/1/2012 | Life Safety Program / Inspection and Surveys | 12/31/14 | |
| 2 | 8001 | 1/1/2012 | Isolation Room Precautions | 12/31/14 | |
| 2 | 8002 | 1/1/2012 | Decontamination of Equipment | 12/31/14 | |
| | | | FOUNDATION | | |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| | | | HIPAA | |
| | | | HIM/MEDICAL RECORDS | |
| 3 | CO-IM-04-01 | 6/1/07 | Concurrent Review Of Patient Records By Non-Hospital E1 | 5/31/10 |
| 3 | CO-IM-04-03 | 3/8/2011 | Medical Staff Suspensions Policy-Medical Records Delinq | 3/7/14 |
| 3 | CO-IM-04-04 | 11/1/2006 | Confidentiality And Release Of Medical Information | 10/31/09 |
| 3 | CO-IM-04-05 | 3/1/2011 | Maintenance And Security Of Patient Medical Records | 2/28/14 |
| 3 | CO-IM-04-06 | 3/1/2011 | Retrievel Of Requested Patient Medical Records | 2/28/14 |
| 3 | CO-IM-04-07 | 3/1/2011 | Individuals Authorized To Document In The Medical Reco | 2/28/14 |
| 3 | CO-IM-04-08 | 3/1/2011 | Approved/Unapproved Abbreviations And/Or Symbols | 2/28/14 |
| 3 | CO-IM-04-09 | 10/1/2006 | Forms Management | 9/30/09 |
| 3 | CO-IM-04-10 | 3/1/2011 | Patient Information Change | 2/28/14 |
| 3 | CO-IM-04-11 | 3/1/2011 | Thinning Charts | 2/28/14 |
| 3 | CO-IM-04-13 | 1/6/2011 | Resolution of Correct Documentation on Abstract (ABS) H | 1/5/14 |
| 3 | CO-IM-04-14 | 12/15/2010 | Chart Completion | 12/14/13 |
| 3 | CO-IM-04-15 | 12/31/2010 | Administrative Closure of an Incomplete Medical Record | 12/30/13 |
| 3 | CO-IM-04-16 | 5/1/2011 | Legal Health Record | 4/30/14 |
| 3 | CO-IM-04-17 | 4/1/2011 | Medical Identity Theft or Red Flag Rules | 3/31/14 |
| 3 | CO-PM-01-20 | 3/1/2011 | Accounting of Disclosures of Protected Healthcare Inform | 2/28/14 |
| | | | HUMAN RESOURCES | |
| | | | INTRODUCTION | |
| 3 | CO-HR-01-01 | 4/1/2012 | Human Resources Guidelines | 4/1/15 |
| 3 | CO-HR-01-02 | 7/1/2011 | Labor Statement | 6/30/14 |
| | | | EMPLOYMENT IMFORMATION | |
| 3 | CO-HR-02-02 | 5/1/2012 | At Will Employment | 5/1/15 |
| 3 | CO-HR-02-03 | 12/1/2012 | Equal Opportunity Employment | 12/1/15 |
| 3 | CO-HR-02-05 | 4/1/2012 | Pre-Employment Verification | 4/1/15 |
| 3 | CO-HR-02-07 | 12/1/2011 | Diversity and Inclusion | 11/30/14 |
| 3 | CO-HR-02-08. | 12/1/2012 | Government Postings | 12/1/15 |
| 3 | CO-HR-02-13 | 4/1/2012 | Associate Employment Record | 4/1/15 |
| 3 | CO-HR-02-15 | 6/1/2011 | Confidentiality Of Information/HIPAA | 5/31/14 |
| 3 | CO-HR-02-17 | 9/1/2012 | Rehiring Of Terminated Associates | 9/1/15 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 3 | CO-HR-02-21 | 4/1/2012 | Employment Of Relatives | 4/1/15 |
| 3 | CO-HR-02-22 | 4/13/2010 | Employment Eligibility Compliance | 4/12/13 |
| 3 | CO-HR-02-23 | 11/1/2010 | Employment Of Minors | 10/31/13 |
| 3 | CO-HR-02-29 | 11/1/2010 | Classification Of Associates | 10/31/13 |
| 3 | CO-HR-02-37 | 4/1/2012 | Quoting Of Entry Wages | 4/1/15 |
| 3 | CO-HR-02-40 | 9/1/2012 | Severance Plan (previously titled Severance Transition) | 9/1/15 |
| 3 | CO-HR-02-41 | 1/1/2012 | HR- Allied Health Professionals | 12/31/14 |
| | | | WORKING CONDITIONS | |
| 3 | CO-HR-03-01 | 9/1/2013 | Solicitation And Distributions | 8/31/16 |
| 3 | CO-HR-03-04 | 9/1/2012 | Assignment Of Work | 9/1/15 |
| 3 | CO-HR-03-06 | 4/1/2010 | Entry Period Of Employment | 3/31/13 |
| 3 | CO-HR-03-10 | 7/31/2011 | Staff Requests Involving Patient Care | 7/30/14 |
| 3 | CO-HR-03-13 | 4/1/2012 | Attendance and Punctuality | 4/1/15 |
| 3 | CO-HR-03-15 | 5/31/2011 | Time And Attendance System | 5/30/14 |
| 3 | CO-HR-03-18 | 4/1/2012 | Inclement Weather | 4/1/15 |
| 3 | CO-HR-03-24 | 4/1/2012 | Moonlighting | 4/1/15 |
| 3 | CO-HR-03-27 | 6/30/2011 | Transfers- New Facility | 6/29/14 |
| 3 | CO-HR-03-28 | 6/30/2011 | Transfers- Internal (CSR) | 6/29/14 |
| 3 | CO-HR-03-29 | 4/1/2012 | Promotion/Demotion | 4/1/15 |
| 3 | CO-HR-03-30 | 12/31/2011 | Performance Plans And Evaluations | 12/30/14 |
| 3 | CO-HR-03-31 | 10/31/2010 | Associate Competency Assessment | 10/30/13 |
| 3 | CO-HR-03-32 | 11/1/2012 | Termination Voluntary-Resignation | 11/1/15 |
| 3 | CO-HR-03-34 | 4/1/2012 | Termination-Involuntary | 4/1/15 |
| 3 | CO-HR-03-36 | 6/1/2011 | Associate Clearance Upon Termination Of Unemployment | 5/31/14 |
| 3 | CO-HR-03-40 | 4/1/2012 | Final Paychecks | 4/1/15 |
| 3 | CO-HR-03-42 | 12/1/2012 | Dress Code/Uniforms Standards | 12/1/15 |
| 3 | CO-HR-03-44 | 7/31/2011 | Personal Electronic Devices | 7/30/14 |
| 3 | CO-HR-03-62 | 6/3/2011 | Transitional Duty | 6/2/14 |
| 3 | CO-HR-03-66 | 4/1/2012 | Failure Of State Board Nursing Examination | 4/1/15 |
| 3 | CO-HR-03-74 | 6/1/2012 | Associate Licenses | 6/1/15 |
| 3 | CO-HR-03-76 | 6/1/2012 | Contractors | 6/1/15 |
| 3 | CO-HR-03-77 | 7/31/2012 | Student Educational Experience Reporting and Orientation Policy | 7/31/15 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 3 | CO-HR-03-78 | 11/1/2010 | Tranfers (Christus-wide) | 10/31/13 |
| 3 | CO-HR-03-83 | 1/1/2013 | New Associate Orientation | 1/1/16 |
| 3 | CO-HR-03-97 | 1/31/2012 | Language Competency For Associates | 1/30/15 |
| | | | **Wage And Salary Administration** | |
| 3 | CO-HR-04-01 | 4/1/2012 | Wage And Salary Administration | 4/1/15 |
| 3 | CO-HR-04-04 | 4/1/2012 | Non-Exempt Compensation | 4/1/15 |
| 3 | CO-HR-04-06 | 4/1/2012 | Exempt Compensation | 4/1/15 |
| 3 | CO-HR-04-12 | 4/1/2012 | On Call And Call Back Pay | 4/1/15 |
| 3 | C0O-HR-4-18 | 9/1/2012 | Merit Increases | 9/1/15 |
| 3 | CO-HR-04-20 | 2/1/2013 | Pharmacist Incentive Pay Plan | 2/1/16 |
| 3 | CO-HR-04-22 | 1/31/2010 | Extracorporeal Membrane Oxygenation (ECMO) Hourly I | 1/30/13 |
| 3 | CO-HR-04-23 | 3/11/2012 | Holiday Differential | 3/11/15 |
| 3 | CO-HR-04-38 | 4/1/2012 | Job Descriptions | 4/1/15 |
| 3 | CO-HR-04-46 | 4/1/2012 | Job Evaluation | 4/1/15 |
| 3 | CO-HR-04-51 | 1/1/2013 | Interim Department Directors, Managers, And Supervisor | 1/1/16 |
| 3 | CO-HR-04-52 | 3/1/2012 | Education Hours | 3/1/15 |
| 3 | CO-HR-04-54 | 7/1/2012 | Emergency Staffing Pay (formerly ESI) | 7/1/15 |
| 3 | CO-HR-04-55 | 4/1/2012 | Direct Deposit | 4/1/15 |
| 3 | CO-HR-04-56 | 5/31/2011 | Secondary Job/Dual Job | 5/30/14 |
| 3 | CO-HR-04-58 | 7/31/2011 | Disaster Pay Practices | 7/30/14 |
| 3 | CO-HR-04-59 | 3/1/2012 | Shift Differential Pay | 3/1/15 |
| 3 | CO-HR-04-60 | 3/1/2012 | Overtime Pay | 3/1/15 |
| 3 | CO-HR-04-61 | 3/1/2012 | Daylight Savings Time | 3/1/15 |
| | | | **BENEFITS** | |
| 3 | CO-HR-05-01 | 3/1/2013 | Paid Time Off (PTO) | 2/29/16 |
| 3 | CO-HR-05-10 | 5/1/2012 | Payroll Deduction For Meals | 5/1/15 |
| 3 | CO-HR-05-15 | 3/31/2010 | Meal and Rest Breaks | 3/30/13 |
| 3 | CO-HR-05-17 | 8/31/2012 | Short Term Absences (Jury Duty,Funeral Leave, Witness F | 8/31/15 |
| 3 | CO-HR-05-18 | 7/31/2012 | Leave Of Absence | 7/31/15 |
| 3 | CO-HR-05-30 | 12/31/2011 | Success Sharing | 12/30/14 |
| 3 | CO-HR-05-62 | 4/30/2011 | Health And Welfare Benefits | 4/29/14 |
| 3 | CO-HR-05-69 | 10/31/2010 | ADCAP Tuition Assistance | 10/30/13 |
| 3 | CO-HR-05-70 | 1/31/2012 | Tuition Reimbursement | 1/30/15 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 3 | CO-HR-05-71 | 2/25/2010 | National Nursing Certification Program | 2/24/13 |
| 3 | CO-HR-05-72 | 4/1/2012 | Recognition Of Associates At Retirement | 4/1/15 |
| 3 | CO-HR-05-95 | 1/15/2010 | Mother-Friendly Distinction For Breastfeeding Associates | 1/14/13 |
| | | | CONDUCT AND ETHICS | |
| 3 | CO-HR-06-1 | 1/1/2012 | Code Of Ethics For Associates | 12/31/14 |
| 3 | CO-HR-06-2 | 2/1/2012 | Associate Standards Of Conduct | 1/31/15 |
| 3 | CO-HR-06-3 | 6/1/2012 | Disciplinary And Corrective Action Process | 6/1/15 |
| 3 | CO-HR-06-10 | 4/1/2012 | Performance Probation | 4/1/15 |
| 3 | CO-HR-06-19 | 5/31/2011 | Workplace Principles (Harassment And Retaliation) | 5/30/14 |
| 3 | CO-HR-06-21 | 11/1/2010 | Violence- Free Workplace | 10/31/13 |
| 3 | CO-HR-06-24 | 9/30/2010 | Drug Free Work Place | 9/29/13 |
| 3 | CO-HR-06-25 | 9/1/2013 | Tobacco-Free Environment | 8/31/16 |
| 3 | CO-HR-06-26 | 4/1/2012 | Consumption Of Alcoholic Beverages At CSRHC | 4/1/15 |
| | | | COMMUNICATIONS | |
| 3 | CO-HR-07-02 | 9/1/2013 | Problem Solving Process For Associates | 8/31/16 |
| 3 | CO-HR-07-20 | 10/31/2010 | Educational Requirements and Resource Support for CSRI | 10/30/13 |
| 3 | CO-HR-07-26 | 9/1/2012 | Exit Surveys | 9/1/15 |
| | | | GENERAL INFORMATION | |
| 3 | CO-HR-08-05 | 4/1/2012 | Endorsements, Referrals, And/Or Recommendations | 4/1/15 |
| 3 | CO-HR-08-09 | 12/31/2011 | Conflict Of Interest | 12/30/14 |
| 3 | CO-HR-08-10 | 2/28/2011 | Associate Consent To Record Or Film | 2/27/14 |
| | | | ASSOCIATE HEALTH | |
| 3 | CO-HR-09-03 | 9/1/2013 | Vaccine Preventable Diseases and Immunizations | 8/31/16 |
| 3 | CO-HR-09-04 | 5/1/2012 | Post Offer Health Screen | 5/1/15 |
| 3 | CO-HR-09-05 | 3/1/2012 | Tuberculosis Screening For Volunteers And External Staff | 3/1/15 |
| 3 | CO-HR-09-06 | 10/1/2010 | Tuberculosis Screening For Associates | 9/30/13 |
| 3 | CO-HR-09-07 | 12/1/2011 | Tuberculosis Screening For Physicians | 11/30/14 |
| 3 | CO-HR-09-09 | 9/30/2011 | Hepatitis B Vaccination For Associates | 9/29/14 |
| 3 | CO-HR-09-10 | 9/1/2012 | Post Exposure And Follow Up To Blood And Other Infectio | 9/1/15 |
| 3 | CO-HR-09-15 | 6/30/2011 | Employee Assistance Program (EAP) | 6/29/14 |
| 3 | CO-HR-09-16 | 5/1/2012 | Work Restrictions Related To Communicable Disease | 5/1/15 |
| 3 | CO-HR-09-17 | 4/30/2012 | Texas Occupational Injury Assistance Plan (TOIAP) | 4/30/15 |

R. 1:20

| Binder | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| | | | **INFECTION CONTROL AND PREVENTION** | |
| | | | OVERVIEW | |
| 4 | CO-IC-01-2 | 2/1/2012 | Goals Of The Infection Control and Prevention Program | 1/31/15 |
| 4 | CO-IC-01-3 | 2/1/2012 | Infection Control Committee | 1/31/15 |
| 4 | CO-IC-01-4 | 2/1/2012 | Policy Review - Procedures With A High Infection Poten | 1/31/15 |
| 4 | CO-IC-01-5 | 2/1/2012 | Occupational Health / Infection Control Interaction | 1/31/15 |
| | | | PATIENT MANAGEMENT | |
| 4 | CO-IC-01-01 | 2/1/2012 | Role Of Our Associates In Infection Control | 1/31/15 |
| 4 | CO-IC-04-01 | 5/1/2012 | Guidelines For Patient Placement | 5/1/15 |
| 4 | CO-IC-07-01 | 5/1/2012 | Patient Teaching - Communicable Diseases (State Law) | 5/1/15 |
| 4 | CO-IC-07-02 | 2/1/2012 | Hand Hygiene | 1/31/15 |
| 4 | CO-IC-07-08 | 2/1/2012 | Patient Cultures | 1/31/15 |
| 4 | CO-IC-07-09 | 5/1/2012 | Portable Fans / Celing Fans | 5/1/15 |
| 4 | CO-IC-08-02 | 5/1/2012 | Management Of Patients With Lice Or Scabies | 5/1/15 |
| | | | DISEASE SPECIFIC AND EXPOSURE MANAGEMENT | |
| 4 | CO-IC-05-04 | 5/1/2012 | Care Of The Body After Death Of Person With A Commu | 5/1/15 |
| 4 | CO-IC-07-13 | 8/31/2012 | Chemoprophylaxis For Occupational Exposure To HIV | 8/31/15 |
| 4 | CO-IC-07-14 | 2/1/2012 | Investigation Of Suspected Outbreaks | 1/31/15 |
| 4 | CO-IC-08-05 | 5/1/2012 | Prevention Of Transmission Of HIV and HBV By Infected | 5/1/15 |
| 4 | CO-IC-08-06 | 10/1/2012 | Tuberculosis Prevention And Control Plan | 10/1/15 |
| 4 | CO-IC-08-07 | 11/1/2012 | Bloodborne Pathogens - Exposure Control Plan | 11/1/15 |
| 4 | CO-IC-08-08 | 5/1/2012 | Legionella Prevention And Control | 5/1/15 |
| 4 | CO-IC-08-09 | 5/1/2012 | Infection Control Precautions For Patients With Cystic Fi | 5/1/15 |
| 4 | CO-IC-08-12 | 2/1/2012 | Pandemic Respiratory Infectious Disease Plan | 1/31/15 |
| | | | ISOLATION PRECAUTIONS | |
| 4 | CO-IC-02-01 | 2/1/2012 | Standard Precautions | 1/31/15 |
| 4 | CO-IC-06-01 | 2/1/2012 | Isolation Precautions (Transmission-Based Precautions) | 1/31/15 |
| 4 | CO-IC-08-03 | 2/1/2012 | Protective Precautions | 1/31/15 |
| 4 | CO-IC-08-04 | 2/1/2012 | Vancomycin-Resistant Organisms | 1/31/15 |
| 4 | CO-IC-08-11 | 2/1/2012 | Emerging MDRO Precautions | 1/31/15 |
| 4 | CO-IC-08-13 | 5/1/2012 | C.difficile Precautions | 5/1/15 |
| 4 | CO-ICP-04-01 | 2/1/2012 | MRSA Precautions | 1/31/15 |

R. 1:21

| Binder | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| | | | DISINFECTION AND ENVIRONMENTAL MANAGEMENT | |
| 4 | CO-IC-07-03 | 2/1/2012 | Sharps - Handling And Disposal | 1/31/15 |
| 4 | CO-IC-07-04 | 7/1/2011 | Special Medical / Infectious / Regulated Waste | 6/30/14 |
| 4 | CO-IC-07-05 | 5/1/2012 | Sanitary Storage And Dispensing Of Ice | 5/1/15 |
| 4 | CO-IC-07-06 | 5/1/2012 | Environmental Microbiologic Monitoring | 5/1/15 |
| 4 | CO-IC-07-07 | 5/1/2012 | Handling And Prevention Of Soiled Documents (Charts) | 5/1/15 |
| 4 | CO-IC-07-10 | 6/1/2012 | Management Of Contaminated Work Clothes | 6/1/15 |
| 4 | CO-ICP-05-01 | 3/1/2013 | Disinfection and Sterilization Plan For Medical Equipme | 2/29/16 |
| | | | INFECTION CLASSIFICATION AND REPORTING | |
| 4 | CO-IC-03-01 | 2/1/2012 | Determining The Presence Of Health Care-Associated I | 1/31/15 |
| 4 | CO-IC-05-01 | 2/1/2012 | Reporting Conditions - "Notifiable Conditions" In Texas | 1/31/15 |
| 4 | CO-IC-05-02 | 5/1/2012 | Reporting Infections-Healthcare Associated Infection, C | 5/1/15 |
| 4 | CO-IC-05-03 | 2/1/2012 | Notification Of Possible Exposure By A Peace Officer, Fi | 1/31/15 |
| 4 | CO-IC-05-05 | 4/1/2012 | Autopsy Reports - Undiagnosed Ante Mortem Infections | 4/1/15 |
| 4 | CO-IC-07-11 | 5/1/2012 | Status / VIP Codes For Infection Control | 5/1/15 |
| | | | INFORMATION MANAGEMENT | |
| | | | INFORMATION SERVICES | |
| | | | PROTECTED HEALTH INFORMATION (PHI) | |
| | | | PUBLIC RELATIONS | |
| 4 | CO-PM-04-1 | 5/1/2011 | Communications, Promotions, & Public Relations | 4/30/14 |
| 4 | CO-PM-04-2 | 5/1/2011 | Release of Information to the News Media | 4/30/14 |
| 4 | CO-PM-04-3 | 5/1/2011 | Entertainer/ Media Visitors in Children's Hospital | 4/30/14 |
| 4 | CO-PM-04-4 | 5/1/2011 | Identity, Graphic Standards, Naming of Entities or Servi | 4/30/14 |
| 4 | CO-PM-04-5 | 5/1/2011 | News Media / Public Relations | 4/30/14 |
| | | | LABORATORY | |
| 4 | CO-LAB-01-01 | 5/1/2013 | Regional Morgue Management | 4/30/16 |
| | | | MATERIALS MANAGEMENT | |
| 4 | CO-FM-03-02 | 3/1/2001 | Capital Budget Policy | 2/29/04 |
| 4 | CO-FM-03-03 | 3/1/2011 | Ordering Business Cards - Santa Rosa Health Care Facil | 2/28/14 |
| 4 | CO-FM-03-04 | 8/1/2012 | Purchase of Supplies Non-Captial Equipment and Servic | 8/1/15 |
| 4 | CO-FM-03-05 | 3/1/2011 | Disposal Of Excess Furnishings And Equipment (Assets) | 2/28/14 |
| 4 | CO-FM-03-07 | 2/1/2011 | Contract Confidentiality | 1/31/14 |
| 4 | CO-FM-03-08 | 3/1/2011 | Guidelines For Inventory Products | 2/28/14 |

| Binder | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 4 | CO-FM-03-09 | 3/1/2011 | Group Purchasing | 2/28/14 |
| 4 | CO-FM-03-19 | 3/1/2011 | Purchase And Management Of Capital Equipment And I | 2/28/14 |
| 4 | CO-FM-03-21 | 9/17/2010 | Inventory Cycle Counting | 9/16/13 |
| 4 | CO-FM-03-22 | 3/1/2011 | Damaged Goods | 2/28/14 |
| 4 | CO-FM-03-23 | 1/1/2012 | Vendor Representative Appointment Process | 12/31/14 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| | | | **NURSING** | |
| | | | **NURSING CLINICAL PRACTICE** | |
| 5 | | 12/1/2011 | Transfer of Patients to or from Another Facility | 11/30/14 |
| 5 | CO-NU-00-01 | 9/1/2012 | Code Blue Response For Clinic Services, Diagnostic And ' | 9/1/15 |
| 5 | CO-NU-00-02 | 4/1/2013 | Use of Restraints | 3/31/16 |
| 5 | CO-NU-00-04 | 6/4/2012 | Tissue Management | 6/4/15 |
| 5 | CO-PM-01-06 | 5/1/2012 | Animal Assisted Therapy | 5/1/15 |
| 5 | CO-PM-07-06 | 2/28/2012 | Closure (Temporary) Of Nursing Unit | 2/27/15 |
| 5 | CO-PM-07-08 | 5/1/2012 | Service Animals | 5/1/15 |
| 5 | CO-PM-07-09 | 5/7/2012 | Management Of The Suicide/Overdose Patient | 5/7/15 |
| 5 | CO-PM-07-10 | 10/24/2011 | Death, Autopsy, And Post - Mortem Care | 10/23/14 |
| 5 | CO-PM-07-11 | 1/1/2012 | Discharge Procedure | 12/31/14 |
| 5 | CO-PM-07-13 | 1/1/2012 | Skin Testing | 12/31/14 |
| 5 | CO-PM-07-15 | 2/1/2012 | Sedation During Diagnostic And Therapeutic Procedures | 1/31/15 |
| 5 | CO-PM-07-17 | 12/1/2011 | Patient Controlled Analgesia (PCA) | 11/30/14 |
| 5 | CO-PM-07-17C | 8/21/2008 | Epidural Analgesia Management | 8/21/11 |
| 5 | CO-PM-07-18 | 2/1/2012 | Pain Management | 1/31/15 |
| 5 | CO-PM-07-21 | 4/1/2012 | Nursing Process | 4/1/15 |
| 5 | CO-PM-07-24 | 6/1/2008 | Informed Consent For HIV Testing | 6/1/11 |
| 5 | CO-PM-07-25 | 11/1/2008 | Physician Orders, Receiving, and Transcribing | 11/1/11 |
| 5 | CO-PM-07-27 | 1/1/2007 | Off Unit Privileges for Patients | 12/31/09 |
| 5 | CO-PM-07-30 | 8/7/2009 | Latex Sensitivity Program | 8/6/12 |
| 5 | CO-PM-07-32 | 1/1/2012 | Blood Administration | 12/31/14 |
| 5 | CO-PM-07-33 | 11/12/2008 | "Hand Off" Communications | 11/12/11 |
| 5 | CO-PM-07-37 | 10/1/2007 | MyTime Extra Shift Program | 9/30/10 |
| 5 | CO-PM-07-38 | 12/1/2010 | Critical Test/ Critical Value Reporting | 11/30/13 |
| 5 | CO-PM-07-39 | 4/1/2012 | Wound Assessment Using Photography and E-Z Graph | 4/1/15 |
| 5 | CO-PM-07-40 | 5/1/2012 | Preoperative NPO Status And HCG Testing | 5/1/15 |
| 5 | CO-PM-07-41 | 5/1/2012 | Blood Cultures | 5/1/15 |
| 5 | CO-PM-07-43 | 4/1/2012 | Parenteral Nutrition | 4/1/15 |
| 5 | CO-PM-07-45 | 8/13/2008 | Hypo-Hyperthermia Blanket, Use of the | 8/13/11 |
| 5 | CO-PM-07-47 | 8/11/2008 | In-Line Filter Use | 8/11/11 |
| 5 | CO-PM-07-48 | 8/13/2008 | Clearing an Occluded Central Venous Catheter | 8/13/11 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 5 | CO-PM-07-49 | 7/28/2008 | Patient Transport - In Facility | 7/28/11 |
| 5 | CO-PM-07-50 | 4/1/2012 | Refrigerator / Freezer Temperature | 4/1/15 |
| 5 | CO-PM-07-51 | 3/20/2008 | Medication Extravasation | 3/20/11 |
| 5 | CO-PM-07-52 | 2/1/2012 | Resuscitation Cart Maintenance | 1/31/15 |
| 5 | CO-PM-07-53 | 1/1/2008 | Immunizations | 12/31/10 |
| 5 | CO-PM-07-55 | 5/1/2011 | Rapid Response Team (RRT) - Adult and Pediatrics | 4/30/14 |
| 5 | CO-PM-07-57 | 6/1/2010 | LVN Administration Of IV Bolus Medications | 5/31/13 |
| 5 | CO-PM-07-59 | 11/1/2010 | Adult Code Blue | 10/31/13 |
| 5 | CO-PM-07-60 | 5/1/2011 | Central Venous Catheter/PICC Management: Insertion | 4/30/14 |
| 5 | CO-PM-07-65 | 3/18/2010 | Therapeutic Phlebotomy | 3/17/13 |
| 5 | CO-PM-07-68 | 12/1/2011 | Medication Administration Process | 11/30/14 |
| 5 | CO-PM-07-72 | 2/1/2012 | Central Venous Catheter/PICC Management: Care and M | 1/31/15 |
| 5 | CO-PM-07-73 | 2/1/2012 | Central Venous Catheter/PICC Management: Blood Samp | 1/31/15 |
| 5 | CO-PM-07-153 | 5/1/2009 | Acute MI and STEMI Patients (Heart Alert) | 4/30/12 |
| 5 | CO-PM-07-162 | 6/1/2012 | Monitoring of Blanket Warmers | 6/1/15 |
| | | 6/1/2012 | Tissue Supplier Certificates | |
| | | | ADMINISTRATION | |
| 5 | CO-NU-01-01 | 11/1/2012 | Peer Review Plan - Incident Based | 11/1/15 |
| 5 | CO-NU-01-03 | 11/1/2012 | Peer Review Plan - Safe Harbor | 11/1/15 |
| 5 | CO-PM-07-01 | 12/1/2010 | Scopes Of Practice For Registered Nurses (RN) And Licen | 11/30/13 |
| 5 | CO-PM-07-02 | 1/1/2012 | RN Professional Recognition Program (PReP) | 12/31/14 |
| 5 | CO-PM-07-03 | 9/1/2007 | Reassignment Of Staff (Floating) | 8/31/10 |
| 5 | CO-PM-07-07 | 1/1/2012 | Lifesaver Program In Patient Care Services | 12/31/14 |
| 5 | CO-PM-07-12 | 1/1/2012 | PRN Pool Program In Patient Care Services | 12/31/14 |
| 5 | CO-PM-07-19 | 6/3/2011 | Nursing Administration Chain of Command | 6/2/14 |
| 5 | CO-PM-07-20 | 12/15/2010 | Standards Of Nursing Practice | 12/14/13 |
| 5 | CO-PM-07-26 | 8/5/2009 | Student Nurses | 8/4/12 |
| 5 | CO-PM-07-29 | 4/1/2012 | Required School Support For Patients | 4/1/15 |
| 5 | CO-PM-07-36 | 5/1/2012 | Resuscitation Training Expectations Of Personnel | 5/1/15 |
| 5 | CO-PM-07-42 | 5/1/2012 | Use of Nursing Procedure Manuals | 5/1/15 |
| 5 | CO-PM-07-58 | 4/27/2010 | Nurse Staffing Committee | 4/26/13 |
| | | | CARDIOLOGY - CATH LAB | |
| 5 | | | Heart Alert - Flow Chart | |

R. 1:25

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 5 | | | Heart Alert - Transfer Flow Chart | |
| 5 | CO-PM-07-95 | 1/1/2012 | Assessment / Reassessment Of The Cath Lab Patient | 12/31/14 |
| 5 | CO-PM-07-96 | 1/1/2012 | Equipment In The Cath Lab | 12/31/14 |
| 5 | CO-PM-07-97 | 1/1/2012 | Hours Of Operation | 12/31/14 |
| 5 | CO-PM-07-98 | 1/1/2012 | Traffic Patterns - Infection Control | 12/31/14 |
| 5 | CO-PM-07-99 | 1/1/2012 | Dress Code For Cath Lab Staff | 12/31/14 |
| 5 | CO-PM-07-100 | 1/1/2012 | Intra Procedure Montoring | 12/31/14 |
| 5 | CO-PM-07-101 | 1/1/2012 | Pediatric Cardiac Catheterization Laboratory Scheduling | 12/31/14 |
| 5 | CO-PM-07-102 | 1/1/2012 | Recovery Of The Invasive Procedure Patient | 12/31/14 |
| 5 | CO-PM-07-103 | 1/1/2012 | Contrast Reaction | 12/31/14 |
| 5 | CO-PM-07-104 | 1/1/2012 | Education / Competency In The Cardiac Cath Lab | 12/31/14 |
| 5 | CO-PM-07-105 | 1/1/2012 | Arterial And Venous Sheath Removal | 12/31/14 |
| | | | CARDIOLOGY - NON INVASIVE | |
| | | | ECHOCARDIOGRAPHY | |
| 5 | E04 | 4/1/2012 | Adult Transthoracic Echocardiogram:2D and M-Mode Vie | 4/1/15 |
| 5 | E05 | 4/1/2012 | Dobutamine Stress Echocardiogram | 4/1/15 |
| 5 | E07 | 4/1/2012 | Bubble Contrast Study | 4/1/15 |
| 5 | E08 | 5/1/2012 | Transesophagel Echocardiogram | 5/1/15 |
| 5 | E13 | 4/1/2012 | Processing of Echocardiogram Procedures | 4/1/15 |
| 5 | E15 | 5/1/2012 | Guidelines for Echocardiogram Interpretations | 5/1/15 |
| 5 | E16 | 4/1/2012 | Definity Contrast Echocardiogram | 4/1/2015 |
| | | | ELECTRODIAGNOSTICS | |
| 5 | A01 | 2/1/2011 | Cardio-Neurodiagnostics Scope of Care | 1/31/2014 |
| 5 | A02 | 2/1/2011 | EKG Administrative Procedure | 1/31/2014 |
| 5 | A03 | 2/1/2011 | Electrocardiogram Adult - Pediatric Lead Placement | 1/31/2014 |
| 5 | A04 | 3/1/2011 | Process for Performing EKG's | 2/28/2014 |
| 5 | A05 | 3/10/2011 | Critical Test Values | 3/9/2014 |
| 5 | A06 | 3/1/2011 | Cleaning EKG machines and Stress Equip | 2/28/2014 |
| 5 | A07 | 3/1/2011 | Isolation Technique for EKG and EEG | 2/28/2014 |
| 5 | A08 | 3/1/2011 | Ordering Procedures for Non-Invasive Cardiology Exams | 2/28/2014 |
| 5 | A09 | 3/1/2011 | Scheduling Outpatient Cardiovascular Neurodiagnostic E | 2/28/2014 |
| 5 | A10 | 11/1/2008 | Inpatient Scheduling | 11/1/2011 |
| 5 | A11 | 3/1/2011 | Procedure of Ordering Supplies | 2/28/2014 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 5 | A12 | 3/1/2011 | ER and EKG Reading Roster Qualifications | 2/28/2014 |
| 5 | A13 | 3/1/2011 | Responsibilities of the EKG Weekly Reader | 2/28/2014 |
| 5 | A14 | 3/1/2011 | STAT EKG Interpretations | 2/28/2014 |
| 5 | A15 | 3/1/2011 | Cardiology Department EKG Discrepancy Reporting | 2/28/2014 |
| 5 | A16 | 3/1/2011 | Department Disaster plan for Non-Invasive Cardiology | 2/28/2014 |
| 5 | A17 | 3/1/2011 | Code Blue | 2/28/2014 |
| 5 | B01 | 3/1/2011 | Transportation of Patients | 2/28/2014 |
| 5 | B02 | 2/1/2011 | Exercise Adenosine Stress with Nuclear isotope | 1/31/2014 |
| 5 | B03 | 2/1/2011 | Adenosine Stress with Nuclear Medicine Imaging | 1/31/2014 |
| 5 | B04 | 2/1/2011 | Dobutamine Stress with Nuclear Medicine Imaging | 1/31/2014 |
| 5 | B05 | 2/1/2011 | Elective Electrical Cardioversion | 1/31/2014 |
| 5 | B06 | 2/1/2011 | Lexiscan Stress Test with Nuclear Medicine Imaging | 1/31/2014 |
| 5 | B07 | 2/1/2011 | Metabolic Exercise Test without Nuclear Imaging | 1/31/2014 |
| 5 | B08 | 2/1/2011 | Persantine Stress Test with Nuclear Medicine Imaging | 1/31/2014 |
| 5 | B09 | 2/1/2011 | Tilt-Table Testing | 1/31/2014 |
| 5 | B10 | 2/1/2011 | Exercise Stress Test with Radio-Isotope Nuclear Medicine | 1/31/2014 |
| 5 | B11 | 2/1/2011 | Exercise Stress Test without Nuclear Medicine Imaging | 1/31/2014 |
| 5 | B12 | 2/1/2011 | Standing Delegation Orders for Nuclear Stress Testing | 1/31/2014 |
| 5 | B13 | 2/1/2011 | Thirty Minute Rule | 1/31/2014 |
| 5 | B14 | 3/1/2011 | Crash Cart | 2/28/2014 |
| | | | NEURODIAGNOSTICS | |
| 5 | A02 | 5/20/2010 | General Policies, Neurodiagnostics | 5/19/2013 |
| 5 | A06 | 5/26/2010 | Routine Adult EEG for Inpatients and Outpatients | 5/25/2013 |
| 5 | A08 | 5/20/2010 | Scheduling for Long-Term Video EEG | 5/19/2013 |
| 5 | A09 | 5/25/2010 | Long-Term Monitoring with Video EEG | 5/24/2013 |
| 5 | A10 | 5/20/2010 | Editing Video EEG's | 5/19/2013 |
| 5 | A12 | 5/26/2010 | Record Storage and Retrieval | 5/25/2013 |
| 5 | A15 | 6/23/2010 | On-Call, Call-Back, STAT, and Routine Orders | 6/22/2013 |
| 5 | A16 | 5/25/2010 | Cleaning Gold Disc Electrodes for Neurodiagnostic Proce | 5/24/2013 |
| 5 | CO-NU-03-01 | 6/1/2013 | Designation of Interpreting Physician | 5/31/2016 |
| 5 | CO-NU-03-02 | 6/1/2013 | Brain Death EEG Procedures (ECS) | 5/31/2016 |
| 5 | CO-NU-03-03 | 6/1/2013 | International 10-20 System of Measurement | 5/31/2016 |
| 5 | CO-NU-03-04 | 6/1/2013 | Unattended Patient Policy | 5/31/2016 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 5 | CO-NU-03-05 | 6/1/2013 | Technical Standards of EEG Recordings for Nonates up to | 5/31/2016 |
| 5 | CO-NU-03-06 | 6/1/2013 | Therapeutic Hypothermia for Infants | 5/31/2016 |
| 5 | CO-NU-03-07 | 6/1/2013 | Routine Pediatric EEG for Inpatient and Outpatient | 5/31/2016 |
| 5 | F11 | 5/25/2010 | Interpretation of Long-Term Video EEG | 5/24/2013 |
| | | | **EMERGENCY SERVICES** | |
| 5 | CO-NU-04-01 | 12/1/2012 | Emergency Department Medical Screening Examination | 12/1/15 |
| 5 | CO-PM-07-77 | 3/1/2012 | Admission to Emergency Services | 3/1/15 |
| 5 | CO-PM-07-78 | 9/1/2012 | Blood Alcohol Sample For Medical And/Or Legal Purpose | 9/1/15 |
| 5 | CO-PM-07-79 | 3/1/2012 | Care Of The Sexual Assault Victim | 3/1/15 |
| 5 | CO-PM-07-80 | 3/1/2012 | Culture Reports and Lab Discrepancies | 3/1/15 |
| 5 | CO-PM-07-81 | 3/1/2012 | Post Exposure Prophylaxis and Reporting Of Rabies Expo | 3/1/15 |
| 5 | CO-PM-07-82 | 3/1/2012 | Emergency Services Computer Downtime | 3/1/15 |
| 5 | CO-PM-07-83 | 3/1/2012 | Emergency Services Patient Flow (EDM Tracker) | 3/1/15 |
| 5 | CO-PM-07-84 | 3/1/2012 | Exposures To EMS and Public Safety Officers | 3/1/15 |
| 5 | CO-PM-07-85 | 3/1/2012 | Management Of Boarded Patients In The Emergency Depa | 3/1/15 |
| 5 | CO-PM-07-86 | 9/1/2012 | Notification Of Private Physician | 9/1/15 |
| 5 | CO-PM-07-87 | 3/1/2012 | Patient Belongings | 3/1/15 |
| 5 | CO-PM-07-88 | 3/1/2012 | Emergency Services Pediatric Reference Texts | 3/1/15 |
| 5 | CO-PM-07-89 | 3/1/2012 | Rapid Medical Examination and Discharge | 3/1/15 |
| 5 | CO-PM-07-90 | 1/1/2012 | Visitors In The Emergency Department | 12/31/14 |
| | | | **FAMILY MEDICINE, HYPERBARICS AND WOUND CARE** | |
| | | | **INTENSIVE CARE UNIT** | |
| 5 | CO-NU-06-01 | 8/1/2012 | Patient Care Standards - Intensive Care Units | 8/1/15 |
| 5 | CO-NU-06-02 | 8/1/2012 | Continuous Telemetry and Bedside Cardiac Monitoring | 8/1/15 |
| 5 | CO-NU-06-03 | 8/1/2012 | Standard Of Care: Care Of The Patient With An Arterial Li | 8/1/15 |
| 5 | CO-NU-06-04 | 8/1/2012 | Normal Saline Use In Disposable Transducer Systems | 8/1/15 |
| 5 | CO-NU-06-05 | 8/1/2012 | External Cardiac Pacing | 8/1/15 |
| 5 | CO-NU-06-06 | 8/1/2012 | Temporary Transvenous Pacing | 8/1/15 |
| 5 | CO-NU-06-07 | 8/1/2012 | Standard Of Care: Care Of The Patient Receiving Continu | 8/1/15 |
| | | | **MEDICAL , SURGICAL** | |
| | | | **NEONATAL SERVICES** | |
| 5 | CO-NU-08-01 | 3/1/2013 | Misadministration of Expressed Breast Milk(EBM) | 2/29/16 |

R. 1:28

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review | Former Policy No. | Extra #1 |
|---|---|---|---|---|---|---|
| | | | NURSING | | | |
| | | | SENIOR BEHAVIORAL HEALTH CENTER | | | |
| 6 | CO-NU-09-01 | 6/1/2013 | Admission Criteria | 5/31/16 | | |
| 6 | CO-NU-09-02 | 6/1/2013 | In-House Transfers to and from Senior Behavioral Health C | 5/31/16 | | |
| 6 | CO-NU-09-04 | 6/1/2013 | Assault on Patients and Staff | 5/31/16 | | |
| 6 | CO-NU-09-04 | 6/1/2013 | Patient Orientation to Community Rules | 5/31/16 | | |
| 6 | CO-NU-09-05 | 6/1/2013 | Continuity of Care | 5/31/16 | | |
| 6 | CO-NU-09-06 | 6/1/2013 | Contraband and Search of Patient Belongings and Visitors' | 5/31/16 | | |
| 6 | CO-NU-09-07 | 6/1/2013 | Crisis Management | 5/31/16 | | |
| 6 | CO-NU-09-08 | 6/1/2013 | Denial of a Patient's Rights | 5/31/16 | | |
| 6 | CO-NU-09-09 | 6/1/2013 | Discharge Criteria | 5/31/16 | | |
| 6 | CO-NU-09-10 | 6/1/2013 | Duty to Warn | 5/31/16 | | |
| 6 | CO-NU-09-11 | 6/1/2013 | Nutritional Assessment | 5/31/16 | | |
| 6 | CO-NU-09-12 | 6/1/2013 | Patient Dress Code | 5/31/16 | | |
| 6 | CO-NU-09-13 | 6/1/2013 | Patient Grievance Process | 5/31/16 | | |
| 6 | CO-NU-09-14 | 6/1/2013 | Patient Laundry Service | 5/31/16 | | |
| 6 | CO-NU-09-15 | 6/1/2013 | Patient Mail | 5/31/16 | | |
| 6 | CO-NU-09-16 | 6/1/2013 | Levels of Observation | 5/31/16 | | |
| 6 | CO-NU-09-17 | 6/1/2013 | Meal Supervision | 5/31/16 | | |
| 6 | CO-NU-09-18 | 6/1/2013 | Medical Rehabilitation Services | 5/31/16 | | |
| 6 | CO-NU-09-19 | 6/1/2013 | Multidisciplinary Treatment Planning | 5/31/16 | | |
| 6 | CO-NU-09-20 | 6/1/2013 | Neurological Examination | 5/31/16 | | |
| 6 | CO-NU-09-21 | 6/1/2013 | Patient Orientation | 5/31/16 | | |
| 6 | CO-NU-09-22 | 6/1/2013 | Patient's Rights | 5/31/16 | | |
| 6 | CO-NU-09-23 | 6/1/2013 | Program Safety | 5/31/16 | | |
| 6 | CO-NU-09-24 | 6/1/2013 | Therapeutic Treatment Schedule | 5/31/16 | | |
| 6 | CO-NU-09-26 | 6/1/2013 | Documentation | 5/31/16 | | |
| | | | PERIOPERATIVE, TRANSPLANT | | | |
| | | | GI LAB | | | |
| | | | OPERATING ROOM | | | |
| 6 | CO-NU-10-01 | 1/1/2012 | Respiratory Airborne and Droplet Precautions For Patients | 12/31/14 | | |
| 6 | CO-NU-10-02 | 1/1/2012 | Aseptic Technique And Applications | 12/31/14 | | |
| 6 | CO-NU-10-03 | 1/1/2012 | Procedure For Use Of Biological Monitoring System | 12/31/14 | | |
| 6 | CO-NU-10-04 | 7/1/2012 | Blanket And Fluid Warmer Monitoring | 7/1/15 | | |
| 6 | CO-NU-10-05 | 4/1/2011 | Modified Block Scheduling Of Perioperative Procedures | 3/31/14 | | |
| 6 | CO-NU-10-06 | 1/1/2012 | Code Blue / Cardiopulmonary Arrest In The Operating Roo | 12/31/14 | | |
| 6 | CO-NU-10-07 | 4/1/2012 | Duties And Responsibilities Of The On-Call Personnel | 4/1/15 | | |
| 6 | CO-NU-10-08 | 4/1/2012 | Duties Of The Circulating Nurse | 4/1/15 | | |
| 6 | CO-NU-10-09 | 4/1/2012 | Duties Of The Scrub Personnel | 4/1/15 | | |
| 6 | CO-NU-10-10 | 12/1/2011 | Emergency "Bump" Guidelines | 11/30/14 | | |
| 6 | CO-NU-10-11 | 6/1/2012 | Environmental Cleaning Of The Operating Room | 6/1/15 | | |
| 6 | CO-NU-10-12 | 4/1/2012 | Event Related Sterility | 4/1/15 | | |
| 6 | CO-NU-10-13 | 6/1/2012 | Hair Removal At Operative Site | 6/1/15 | | |
| 6 | CO-NU-10-14 | 4/1/2012 | Handling Of Sharps | 4/1/15 | | |
| 6 | CO-NU-10-15 | 12/1/2011 | Implant Record | 11/30/14 | | |
| 6 | CO-NU-10-16 | 12/1/2011 | Latex Allergy Precautions | 11/30/14 | | |
| 6 | CO-NU-10-17 | 12/1/2011 | Malignant Hyperthermia | 11/30/14 | | |
| 6 | CO-NU-10-18 | 4/1/2012 | Monitoring The Local Anesthesia Patient In The OR | 4/1/15 | | |
| 6 | CO-NU-10-19 | 12/1/2011 | New Perioperative Associate Unit Specific Information | 11/30/14 | | |
| 6 | CO-NU-10-20 | 12/1/2011 | Organ Harvest | 11/30/14 | | |
| 6 | CO-NU-10-21 | 3/1/2012 | Perioperative Metrics - Co Management | 3/1/15 | | |
| 6 | CO-NU-10-22 | 4/1/2012 | Perioperative Patient Care Standards | 4/1/15 | | |
| 6 | CO-NU-10-23 | 4/1/2012 | Personal Protective Equipment | 4/1/15 | | |
| 6 | CO-NU-10-24 | 4/1/2012 | Philosophy | 4/1/15 | | |
| 6 | CO-NU-10-25 | 4/1/2012 | Positioning The Surgical Patient | 4/1/15 | | |
| 6 | CO-NU-10-26 | 4/1/2012 | Resterilization Of Single-Use Items | 4/1/15 | | |
| 6 | CO-NU-10-27 | 3/1/2012 | Smoke Evacuation | 3/1/15 | | |
| 6 | CO-NU-10-28 | 4/1/2012 | Special Precautions (Oxygen Cylinders & Manifolds) | 4/1/15 | | |
| 6 | CO-NU-10-29 | 4/1/2012 | Standard Precautions | 4/1/15 | | |
| 6 | CO-NU-10-30 | 4/1/2012 | Standards Of Perioperative Clinical Practice | 4/1/15 | | |
| 6 | CO-NU-10-31 | 4/1/2012 | Steam Sterilization - Use Of The Autoclave | 4/1/15 | | |
| 6 | CO-NU-10-32 | 6/1/2012 | Surgical Attire - Dress Code (Sterile Environment) | 6/1/15 | | |
| 6 | CO-NU-10-33 | 9/1/2011 | Care And Disposition Of Surgical Specimens | 8/31/14 | | |
| 6 | CO-NU-10-34 | 12/1/2011 | Transplant Protocol | 11/30/14 | | |
| 6 | CO-NU-10-53 | 8/1/2013 | Surgical Lasers, Use of | 7/31/16 | | |
| | | | PACU | | | |
| 6 | CO-PM-07-108 | 1/1/2012 | Discharge Criteria From PACU | 12/31/14 | | |
| 6 | CO-PM-07-109 | 1/1/2012 | Criteria For Discharging Patient From PACU And Admittin | 12/31/14 | | |
| 6 | CO-PM-06-110 | 1/1/2012 | Emergency Transfer of Patients from PACU to an ICU | 12/31/14 | | |
| 6 | CO-PM-07-112 | 1/1/2012 | Criteria For Post - OP Admit To An ICU Bypassing PACU | 12/31/14 | | |
| 6 | CO-PM-07-113 | 1/1/2012 | ICU Overflow Patients In PACU | 12/31/14 | | |
| 6 | CO-PM-07-114 | 1/1/2012 | Visitors In PACU | 12/31/14 | | |
| 6 | CO-PM-07-115 | 1/1/2012 | Call Guidelines / Call Back Implementation | 12/31/14 | | |
| | | | PSU | | | |
| 6 | CO-NU-10-46 | 1/1/2012 | Admissions To The Perioperative Support Unit (PSU) | 12/31/14 | | |
| 6 | CO-NU-10-47 | 1/1/2012 | PSU Charges | 12/31/14 | | |
| 6 | CO-NU-10-48 | 1/1/2012 | Discharge Instructions | 12/31/14 | | |
| 6 | CO-NU-10-49 | 1/1/2012 | Post Operative Follow-Up Evaluation / Post OP Calls | 12/31/14 | | |
| 6 | CO-NU-10-50 | 1/1/2012 | Post-Op Nursing Care For SDS Patients | 12/31/14 | | |
| 6 | CO-NU-10-51 | 1/1/2012 | Pre-operative Work Up | 12/31/14 | | |
| 6 | CO-NU-10-52 | 1/1/2012 | Receiving The Patient Directly From Surgery | 12/31/14 | | |
| 6 | CO-NU-10-54 | 1/1/2012 | Transfer From Outpatient To Inpatient Status | 12/31/14 | | |
| 6 | CO-NU-10-55 | 1/1/2012 | Visitors In PSU | 12/31/14 | | |
| | | | SPD | | | |
| | | | TELEMETRY, INTERMEDIATE CARE | | | |
| 6 | CO-PM-07-186 | 5/1/2012 | Admissions and Discharge Guidelines For Telemetry And | 5/1/15 | | |
| | | | TRANSPORT SERVICES | | | |
| | | | TRAUMA SERVICES | | | |
| 6 | CO-TS-01-01 | 6/1/2011 | Burn Protocol For Trauma Care In Emergency Department | 5/31/14 | | |
| 6 | CO-TS-01-02 | 5/1/2011 | Patient Who Presents to the Emergency Department That i | 4/30/14 | | |
| 6 | CO-TS-01-03 | 7/1/2011 | Resuscitation and Treatment of the Trauma Patient | 6/30/14 | | |
| 6 | CO-TS-01-04 | 5/1/2011 | Santa Rosa System Trauma Services Performance Improve | 4/30/14 | | |
| 6 | CO-TS-01-05 | 6/1/2011 | Spinal Cord Trauma Care In Emergency Department | 5/31/14 | | |
| 6 | CO-TS-01-06 | 5/1/2011 | Utilization Of Medcom For Trauma Transfer Cases | 4/30/14 | | |
| 6 | CO-TS-02-01 | 5/1/2011 | Acceptance Of Trauma Patients By Transfer To Santa Rosa | 4/30/14 | | |
| 6 | CO-TS-02-02 | 5/1/2011 | Acceptance Of Trauma Patients By Transfer To Santa Rosa | 4/30/14 | | |
| 6 | CO-TS-02-03 | 5/1/2011 | Admission Of Injured Patients To Santa Rosa Healthcare Le | 4/30/14 | | |
| 6 | CO-TS-02-05 | 6/1/2011 | Trauma Team Activation Policy-City Centre | 5/31/14 | | |
| 6 | CO-TS-02-08 | 5/1/2011 | Trauma Team Roles And Responsibilites - Level IV Facilitie | 4/30/14 | | |
| 6 | CO-TS-02-09 | 5/1/2011 | Trauma Team Roles And Responsibilites - Level III Facilitie | 4/30/14 | | |
| 6 | CO-TS-03-01 | 6/1/2011 | Pediatric Trauma Care In Emergency Department | 5/31/14 | | |
| | | | WOMENS SERVICES | | | |
| 6 | CO-NU-14-01 | 1/31/2012 | Obstetrics Emergencies | 1/30/15 | | |
| 6 | CO-NU-14-03 | 12/1/2011 | Operating Room Responsibilites | 11/30/14 | | |
| 6 | CO-NU-14-04 | 8/31/2012 | Intermediate Care of the Newborn | 8/31/15 | | |
| 6 | CO-NU-14-05 | 8/31/2012 | Antepartum Care | 8/31/15 | | |
| 6 | CO-NU-14-06 | 8/31/2012 | Care of the Post Partum Patient | 8/31/15 | | |
| 6 | CO-NU-14-07 | 8/31/2012 | Care of the Patient in the OR-Preoperative and Postoperati | 8/31/15 | | |
| 6 | CO-NU-14-08 | 8/31/2012 | Care Of Patients With Post Partum Complications | 8/31/15 | | |
| 6 | CO-NU-14-09 | 3/31/2012 | Discharge of the Well Newborn | 3/31/15 | | |
| 6 | CO-NU-14-10 | 8/31/2012 | Admission, Physician Notification And Discharge Criteria ( | 8/31/15 | | |
| 6 | CO-NU-14-11 | 8/31/2012 | Hypoglycemia Protocol | 8/31/15 | | |
| 6 | CO-NU-14-12 | 8/31/2012 | Patient Care Standards - Obstetric Patient | 8/31/15 | | |
| 6 | CO-NU-14-13 | 8/31/2012 | Patient Care Standards: Newborn | 8/31/15 | | |
| 6 | CO-NU-14-14 | 4/30/2012 | Newborns Requiring Transfer | 4/30/15 | | |
| 6 | CO-NU-14-15 | 8/31/2012 | Management of Pre-eclampsia and Magnesium Sulfate | 8/31/15 | | |
| 6 | CO-NU-14-16 | 8/31/2012 | Intrapartum Care Of Patient With Vaginal Delivery | 8/31/15 | | |
| 6 | CO-NU-14-17 | 8/31/2012 | Visitation In Women's Services | 8/31/15 | | |
| 6 | CO-NU-14-18 | 11/1/2013 | Fetal Demise | 10/31/16 | | |
| 6 | CO-NU-14-19 | 12/1/2012 | Induction Of Labor | 12/1/15 | | |
| 6 | CO-NU-14-20 | 1/21/2013 | Fetal Monitoring | 1/21/16 | | |
| 6 | CO-NU-14-21 | 9/1/2012 | Newborn Procedures | 9/1/15 | | |
| 6 | CO-NU-14-22 | 8/1/2012 | Admission of Newborn to Level I Nursery | 8/1/15 | | |
| 6 | CO-NU-14-23 | 2/1/2013 | Breastfeeding Policy For Late Preterm Infants | 2/1/16 | | |
| 6 | CO-NU-14-24 | 2/28/2011 | Limited Third Trimester Ultrasound in the OB Setting | 2/27/14 | | |
| 6 | CO-NU-14-25 | 2/28/2011 | Nursing Competency for Third Trimester Ultrasound in the | 2/27/14 | | |
| 6 | CO-NU-14-26 | 4/15/2010 | Surrogacy/Gestational Agreement Cases | 4/14/13 | | |
| 6 | CO-PM-07-81 | 7/1/2011 | Labor Epidural Anesthesia | 6/30/14 | | |
| 6 | CO-PM-07-83 | 7/31/2011 | Infant Security (Code Pink) Policy | 7/30/14 | | |
| 6 | CO-PM-07-64 | 6/30/2011 | Medical Screening Exam for the Obstetrical Patient | 6/29/14 | | |
| 6 | CO-PM-07-66 | 12/30/2011 | Breastfeeding Policy For Full Term Infants | 12/29/14 | | |
| 6 | CO-PM-07-69 | 11/30/2011 | Operative Assistive Delivery | 11/29/14 | | |
| 6 | CO-PM-07-70 | 11/30/2011 | VBAC (Vaginal Birth after Cesarean) | 11/29/14 | | |
| | | | NEONATAL INTERMEDIATE CARE | | | |
| 6 | CO-NU-08-02 | 6/1/2013 | Administration of Blood Products in High-Risk Infants | 5/31/16 | | |
| 6 | CO-NU-08-03 | 6/1/2013 | Guidelines for Infants and Families with CPS Involvement | 5/31/16 | | |
| 6 | CO-NU-08-04 | 6/1/2013 | Hearing Screening | 5/31/16 | | |
| 6 | CO-NU-08-05 | 6/1/2013 | Hepatitis B Prophylaxis and Management | 5/31/16 | | |
| 6 | CO-NU-08-06 | 6/1/2013 | Kangaroo Care | 5/31/16 | | |
| 6 | CO-NU-08-07 | 6/1/2013 | Neonatal Circumcision | 5/31/16 | | |
| 6 | CO-NU-08-08 | 6/1/2013 | Newborn Car Seat Angle Challenge | 5/31/16 | | |
| 6 | CO-NU-08-09 | 6/1/2013 | Newborn Screening in Neonatal Intermediate Care | 5/31/16 | | |
| 6 | CO-NU-08-10 | 6/1/2013 | Neonatal Intermediate Care Admission and Discharge | 5/31/16 | | |
| 6 | CO-NU-08-11 | 6/1/2013 | Phototherapy Administration | 5/31/16 | | |
| 6 | CO-NU-08-12 | 6/1/2013 | Placement and Use of Gastric Tube in NIMC | 5/31/16 | | |
| 6 | CO-NU-08-13 | 6/1/2013 | Pulse Oximetry Screening for Congenital Heart Disease | 5/31/16 | | |
| 6 | CO-NU-08-14 | 6/1/2013 | Referrals to Pediatric Developmental Services and Clinic | 5/31/16 | | |
| 6 | CO-NU-08-15 | 6/1/2013 | Re-warming Hypothermic Infants(using Infant Warmer) | 5/31/16 | | |
| 6 | CO-NU-08-16 | 6/1/2013 | Safe Sleep for Infant in Neonatal Intermediate Care | 5/31/16 | | |
| 6 | CO-NU-08-17 | 6/1/2013 | Sucrose Use in Infants | 5/31/16 | | |
| 6 | CO-NU-08-18 | 6/1/2013 | Teaching Parents/Caregivers Cardiopulmonary Resuscitat | 5/31/16 | | |
| 6 | CO-NU-08-19 | 6/1/2013 | Thermoregulation and Weaning to an Open Crib | 5/31/16 | | |
| | | | HEMATOLOGY-ONCOLOGY | | | |
| | | | FORENSIC NURSE EXAMINER | | | |
| 6 | CO-NU-16-01 | 9/1/2012 | Patient Declining Forensic Examination | 9/1/15 | | |
| 6 | CO-NU-16-02 | 9/1/2012 | Consent for Medical Forensic Examination | 9/1/15 | | |
| 6 | CO-NU-16-03 | 9/1/2012 | Digital Photography Of Physical Injuries | 9/1/15 | | |
| 6 | CO-NU-16-04 | 9/1/2012 | FNE Quality Improvement Process | 9/1/15 | | |
| 6 | CO-NU-16-05 | 9/1/2012 | FNE Nursing Process | 9/1/15 | | |
| 6 | CO-NU-16-06 | 9/1/2012 | Physician Consultation | 9/1/15 | | |
| 6 | CO-NU-16-07 | 9/1/2012 | Medical Forensic Examination Policy | 9/1/15 | | |
| 6 | CO-NU-16-08 | 1/1/2012 | Chain of Custody - Release of Medical Forensic Evidence | 12/31/14 | | |
| 6 | CO-NU-16-09 | 4/1/2012 | Laboratory Test Standards | 4/1/15 | | |
| 6 | CO-NU-16-10 | 2/1/2012 | Post-Exposure Prophylaxis for Patients of Sexual Abuse or | 1/31/15 | | |
| 6 | CO-NU-16-11 | 4/1/2012 | Standard Medication Orders for Prophylaxis Related to Se: | 4/1/15 | | |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| | | | PHARMACY | |
| 7 | CO-PM-03-00 | 9/1/11 | Medication Management Policy | 8/31/14 |
| 7 | CO-PM-03-01 | 1/1/2012 | Administration And Handling Of Medications | 12/31/14 |
| 7 | CO-PM-03-02 | 7/31/2011 | Antidote and Poison Control | 7/30/14 |
| 7 | CO-PM-03-03 | 7/1/2011 | Automatic Stop Of Medication Orders | 6/30/14 |
| 7 | CO-PM-03-04 | 3/1/2012 | Controlled Sustance Distribution Administration | 3/1/15 |
| 7 | CO-PM-03-05 | 7/1/2011 | Crash Cart Medication Re-Supply | 6/30/14 |
| 7 | CO-PM-03-06 | 9/1/2010 | Medication Orders | 8/31/13 |
| 7 | CO-PM-03-07 | 2/1/2012 | Controlled Substance Infusion - Documentation | 1/31/15 |
| 7 | CO-PM-03-08 | 9/30/2011 | Drug Use Evaluation Process | 9/29/14 |
| 7 | CO-PM-03-10 | 1/1/2012 | Formulary Process | 12/31/14 |
| 7 | CO-PM-03-11 | 9/30/2011 | Generic And Therapeutic Substitution | 9/29/14 |
| 7 | CO-PM-03-13 | 2/1/2012 | Floor-Stock Medication Distribution | 1/31/15 |
| 7 | CO-PM-03-14 | 1/1/2012 | Potassium Chloride (KCL) Administration Guidelines | 12/31/14 |
| 7 | CO-PM-03-15 | 9/30/2011 | Investigational Medications | 9/29/14 |
| 7 | CO-PM-03-16 | 9/1/2011 | Medication Information Services | 8/31/14 |
| 7 | CO-PM-03-17 | 2/1/2012 | Medication Delivery Process | 1/31/15 |
| 7 | CO-PM-03-18 | 9/1/2011 | Medication Error Reporting | 8/31/14 |
| 7 | CO-PM-03-19 | 12/1/2011 | Drug Product Problem Reporting | 11/30/14 |
| 7 | CO-PM-03-20 | 7/1/2011 | Automated Medication Dispensing Systems (PYXIS) | 6/30/14 |
| 7 | CO-PM-03-20B | 9/1/2011 | Medication Override Guidelines | 8/31/14 |
| 7 | CO-PM-03-21 | 7/31/2011 | Adverse Drug Reaction Reporting Process | 7/30/14 |
| 7 | CO-PM-03-22 | 7/1/2011 | Reconciliation Of Medications | 6/30/14 |
| 7 | CO-PM-03-23 | 9/1/2011 | Methadone Use | 8/31/14 |
| 7 | CO-PM-03-24 | 12/1/2011 | Nurse / Pharmacy Medication Communication Form | 11/30/14 |
| 7 | CO-PM-03-25 | 12/1/2011 | Outpatient Prescription Services | 11/30/14 |
| 7 | CO-PM-03-26 | 1/1/2012 | Medication Labeling | 12/31/14 |
| 7 | CO-PM-03-27 | 2/1/2012 | Patient Own Medications | 1/31/15 |
| 7 | CO-PM-03-29 | 9/1/2011 | Medication Management - Minimum Patient Data Set | 8/31/14 |
| 7 | CO-PM-03-30 | 1/1/2012 | Medication Adminstration Record | 12/31/14 |
| 7 | CO-PM-03-31 | 5/1/2012 | Storage Of Pharmaceuticals | 5/1/15 |
| 7 | CO-PM-03-32 | 12/1/2011 | Pharmacy & Therapeutic Committees | 11/30/14 |
| 7 | CO-PM-03-33 | 12/1/2011 | Recall Of Medications | 11/30/14 |
| 7 | CO-PM-03-34 | 2/1/2012 | Safe Handling Of Cytotoxic Drugs | 1/31/15 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 7 | CO-PM-03-35 | 12/1/2011 | Pharmaceutical Sales Representatives | 11/30/14 |
| 7 | CO-PM-03-36 | 9/30/2011 | Medication Samples | 9/29/14 |
| 7 | CO-PM-03-37 | 12/1/2011 | Security Of Medications In Patient Care Areas | 11/30/14 |
| 7 | CO-PM-03-38 | 3/1/2012 | Medication Administration Time Standards | 3/1/15 |
| 7 | CO-PM-03-39 | 12/1/2011 | Standarized Concentrations For Medications | 11/30/14 |
| 7 | CO-PM-03-40 | 1/1/2012 | Food-Medication Interaction Monitoring and Education | 12/31/14 |
| 7 | CO-PM-03-41 | 2/1/2012 | High Alert Medications | 1/31/15 |
| 7 | CO-PM-03-44 | 12/1/2011 | Vincristine (Intravenous) Preparation, Delivery, And Adm | 11/30/14 |
| 7 | CO-PM-03-45 | 2/1/2011 | Look-alike, Sound-alike Medication Names (a.k.a. Confus | 1/31/14 |
| 7 | CO-PM-03-47 | 12/1/2011 | Contrast Media As Medication | 11/30/14 |
| 7 | CO-PM-03-48 | 12/1/2011 | Pharmacy Closure | 11/30/14 |
| 7 | CO-PM-03-49 | 12/1/2011 | Surgery Pharmacy Services | 11/30/14 |
| 7 | CO-PM-03-50 | 5/1/2012 | Pharmacist-Managed Drug Therapy Protocol For Vancom | 5/1/15 |
| 7 | CO-PM-03-51 | 5/1/2012 | Hospital Protocol. For Parenteral Nutrition (PN) in Adult Pa | 5/1/15 |
| 7 | CO-PM-03-52 | 7/31/2011 | Anticoagulation Management Program | 7/30/14 |
| 7 | CO-PM-03-53 | 1/1/12 | Storage and Use of Concentrated Potassium Chloride and | 12/31/14 |
| | | | PHYSICIAN SERVICES | |
| | | | MEDICAL STAFF ADMINISTRATION | |
| 7 | | 1/16/09 | Membership, Credentialing, Privileging, And Due Proces | 1/16/12 |
| 7 | | 1/16/09 | Organizational Manual | 1/16/12 |
| 7 | | 3/26/12 | Rules and Regulations | 3/26/15 |
| 7 | | 1/14/2011 | Medical Staff Bylaws | 1/13/14 |
| 7 | CO-AD-02-05 | 11/30/2011 | Sexual Harassment Involving Medical Staff | 11/29/14 |
| 7 | CO-AD-02-10 | 11/30/2011 | Disclosure Of Medical Errors | 11/29/14 |
| 7 | CO-AD-02-14 | 11/30/2011 | Disclosure Of Unanticipated Outcomes | 11/29/14 |
| 7 | CO-AD-02-15 | 11/30/2011 | Emergency Room On-Call Schedule Process | 11/29/14 |
| 7 | CO-AD-02-16 | 11/30/2011 | Emergency Room On-Call Physician Response | 11/29/14 |
| 7 | CO-AD-02-20 | 11/30/2011 | Professional Practice Evaluation Policy | 11/29/14 |
| 7 | CO-AD-02-21 | 11/30/2011 | Conflict Of Interest For Medical Staff Policy | 11/29/14 |
| 7 | CO-AD-02-25 | 4/1/12 | Physician Attribution Policy | 4/1/15 |
| 7 | CO-MS-01-01 | 11/1/2012 | Practitioner Peer Review Guidelines | 11/1/15 |
| 7 | CO-MS-01-02 | 11/1/2012 | Professional Code Of Conduct Policy | 11/1/15 |
| 7 | CO-MS-01-03 | 5/1/13 | Medical Staff Chain of Command | 4/30/16 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| | | | PHYSICIAN RECRUITMENT | |
| | | | MEDICAL EDUCATION (CME) | |
| | | | QUALITY, PI, & NPSG | |
| 7 | CO-PI-01-03 | 7/1/11 | Performance Improvement and Patient Safety Plan | 6/30/14 |
| 7 | CO-PI-01-26 | 3/26/2009 | Patient Flow and Bed Capacity | 3/25/12 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| | | | **RADIOLOGY** | |
| | | | **ADMINISTRATION** | |
| 8 | CO-PM-08-02 | 12/1/2011 | Assessment for Central Venous Device Insertion | 11/30/14 |
| 8 | CO-PM-08-03 | 2/6/2012 | Care of Critically Ill Patients | 2/5/15 |
| 8 | CO-PM-08-04 | 12/29/2011 | Diagnostic Imaging Guidelines | 12/28/14 |
| 8 | CO-PM-08-14 | 12/31/2011 | Diagnostic Imaging Quality Control | 12/30/14 |
| 8 | CO-PM-08-15 | 7/1/2012 | Use of Power Injectors in the Radiology Department | 7/1/15 |
| 8 | CO-PM-08-16 | 2/13/2012 | Rectal Tube Insertions | 2/12/15 |
| 8 | CO-PM-08-17 | 2/6/2012 | Radiology Medical Records | 2/5/15 |
| 8 | CO-PM-08-18 | 2/13/2012 | Radiology Department Chairperson | 2/12/15 |
| 8 | CO-PM-08-19 | 2/13/2012 | Radiology Services Provided by Outside Agency | 2/12/15 |
| 8 | CO-RD-01-01 | 4/1/2013 | Reporting Patient Complaing and/or Grievance in Radiol( | 3/31/16 |
| 8 | CO-RD-01-06 | 1/31/2013 | Radiation Safety Program and Procedures | 1/31/16 |
| | | | **CAT SCAN (CT)** | |
| | | | **INTERVENTIONAL RADIOLOGY (IR)** | |
| | | | **MAGNETIC RESONANCE IMAGING (MRI)** | |
| 8 | CO-PM-08-07 | 1/31/2012 | Patient Protection in MRI | 1/30/15 |
| 8 | CO-PM-08-08 | 1/31/2012 | MRI Associates/Non-MRI Associate Zone Restriction | 1/30/15 |
| 8 | CO-PM-08-09 | 2/1/2012 | Time Varying Gradient and Radiofrequency Magnetic Fie | 1/31/15 |
| 8 | CO-PM-08-10 | 1/31/2012 | Monitoring Critically Ill Patients | 1/30/15 |
| 8 | CO-PM-08-12 | 1/31/2012 | Safety in the MRI Suite due to an Emergent Situation | 1/30/15 |
| 8 | CO-PM-08-13 | 2/9/2012 | Cyrogen Safety | 2/8/15 |
| | | | **MAMMOGRAPHY** | |
| | | | **NUCLEAR MEDICINE (NM)** | |
| | | | **NM - ADMINISTRATION** | |
| 8 | CO-PM-08-36 | 2/14/2012 | Medical Director of the Nuclear Medicine Department | 2/13/15 |
| 8 | CO-PM-08-51 | 2/17/2012 | Radiation Safety Committee Responsibilites | 2/16/15 |
| 8 | CO-PM-08-52 | 3/6/2012 | Radiation Safety Officer | 3/6/15 |
| | | | **NM - OPERATIONS** | |
| 8 | CO-PM-08-20 | 2/13/2012 | Administration of Radionuclides by Non-Physician | 2/12/15 |
| 8 | CO-PM-08-21 | 2/13/2012 | Assurance of Correct Injections in Nuclear Medicine | 2/12/15 |
| 8 | CO-PM-08-24 | 2/13/2012 | Collection and Re-Injection of Blood Products | 2/12/15 |
| 8 | CO-PM-08-25 | 2/13/2012 | Compliance with Regulatory Agencies | 2/12/15 |

R. 1:33

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 8 | CO-PM-08-27 | 2/13/2012 | Disposition of Examination Report | 2/12/15 |
| 8 | CO-PM-08-31 | 2/14/2012 | General Instructions for Obtaining Nuclear Medicine Proc | 2/13/15 |
| 8 | CO-PM-08-32 | 2/14/2012 | Informed Consent to Nuclear Medicine Procedures | 2/13/15 |
| 8 | CO-PM-08-33 | 2/14/2012 | Leaking or Contaminated Source | 2/13/15 |
| 8 | CO-PM-08-34 | 2/14/2012 | Lost or Stolen Radiation Sources | 2/13/15 |
| 8 | CO-PM-08-35 | 2/14/2012 | Mandatory Review for I-131 RX Physician Ordered Proced | 2/13/15 |
| 8 | CO-PM-08-37 | 2/15/2012 | Nuclear Medicine Hours of Operation | 2/14/15 |
| 8 | CO-PM-08-42 | 2/17/2012 | Ordering and Receipt of Radiopharmaceuticals | 2/16/15 |
| 8 | CO-PM-08-43 | 2/17/2012 | Orientation and Review | 2/16/15 |
| 8 | CO-PM-08-46 | 2/17/2012 | Venous Blood Collection, Policy and Procedure for | 2/16/15 |
| 8 | CO-PM-08-54 | 2/21/2012 | Records Maintenancefor Nuclear Medicine | 2/20/15 |
| 8 | CO-PM-08-57 | 2/21/2012 | Supervision of Therapeutic Neclear Medicine Procedures | 2/20/15 |
| | | | NM - QUALITY CONTROL | |
| 8 | CO-PM-08-22 | 2/13/2012 | Calibration of Nuclear Medicine Intstruments | 2/12/15 |
| 8 | CO-PM-08-28 | 2/14/2012 | Dose Calibrator Quality Control | 2/13/15 |
| 8 | CO-PM-08-45 | 2/17/2012 | Performance Monitoring in Nuclear Medicine | 2/16/15 |
| 8 | CO-PM-08-48 | 2/17/2012 | Quality Control Program | 2/16/15 |
| | | | NM - RADIATION SAFETY | |
| 8 | CO-PM-08-38 | 2/15/2012 | Nursing Instructions for Gold Seed Implants | 2/14/15 |
| 8 | CO-PM-08-39 | 2/15/2012 | Nursing Instructions for I-131 Therapy | 2/14/15 |
| 8 | CO-PM-08-40 | 2/17/2012 | Nursing Instructions for Permanent Radioactive Seed Impl | 2/16/15 |
| 8 | CO-PM-08-49 | 2/17/2012 | Radiation Protection in Nuclear Medicine | 2/16/15 |
| 8 | CO-PM-08-50 | 2/17/2012 | Radiation Protection Principles for Attending Personnel | 2/16/15 |
| 8 | CO-PM-08-53 | 2/21/2012 | Radiation Safety Program Review | 2/20/15 |
| | | | NM - SAFETY | |
| 8 | CO-PM-08-23 | 2/13/2012 | Care of Critically Ill Patients | 2/12/15 |
| 8 | CO-PM-08-26 | 2/13/2012 | Equipment Safety Guidelines, Nuclear Medicine | 2/12/15 |
| 8 | CO-PM-08-55 | 2/21/2012 | Sharps Disposition and Disposal | 2/20/15 |
| | | | Picture Archive Communications System (PACS) | |
| 8 | CO-PM-08-58 | 2/13/2012 | Archiving of Studies | 2/12/15 |
| 8 | CO-PM-08-59 | 2/10/2012 | CHRISTUS Network Downtime Procedures | 2/9/15 |
| 8 | CO-PM-08-60 | 2/1/12 | Control Station Operation in PACS | 1/31/15 |
| 8 | CO-PM-08-61 | 2/9/2012 | Diagnostic Imaging CR System | 2/8/15 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 8 | CO-PM-08-62 | 2/9/2012 | Digitizing of Hard Copy Radiographs | 2/8/15 |
| 8 | CO-PM-08-63 | 2/9/2012 | ER Physician User Role | 2/8/15 |
| 8 | CO-PM-08-64 | 2/10/2012 | Exporting of Exams to CD-ROM | 2/9/15 |
| 8 | CO-PM-08-65 | 2/10/2012 | Hospital Information System Downtime Procedures | 2/9/15 |
| 8 | CO-PM-08-66 | 2/10/2012 | ICU - Ward Staff User Role | 2/9/15 |
| 8 | CO-PM-08-67 | 2/10/2012 | Outside Physician User Role | 2/9/15 |
| 8 | CO-PM-08-68 | 2/9/2012 | Audit Procedures | 2/8/15 |
| 8 | CO-PM-08-69 | 2/9/2012 | Downtime Procedures | 2/8/15 |
| 8 | CO-PM-08-70 | 2/10/2012 | Quality Assurance | 2/9/15 |
| 8 | CO-PM-08-71 | 2/10/2012 | User Account Inactivation | 2/9/15 |
| 8 | CO-PM-08-72 | 2/10/2012 | User Account Request | 2/9/15 |
| 8 | CO-PM-08-73 | 2/10/2012 | Purpose and Philosophy of PACS | 2/9/15 |
| 8 | CO-PM-08-74 | 2/10/2012 | Radiologist User Role | 2/9/15 |
| | | | ULTRASOUND | |
| | | | X-RAY | |
| | | | REHAB SERVICES | |
| | | | PROCEDURES | |
| 8 | CO-RE-00-01 | 8/31/2012 | Prosthetic/Orthotic Services for Rehabilitation Patients | 8/31/15 |
| 8 | CO-RE-00-02 | 8/31/2012 | Traction Pelvic-Motorized | 8/31/15 |
| 8 | CO-RE-00-03 | 8/31/2012 | VitalStim Electrical Stimulation | 8/31/15 |
| 8 | CO-RE-00-04 | 8/31/2012 | Bedside Swallowing Evaluations | 8/31/15 |
| 8 | CO-RE-00-05 | 8/31/2012 | Tilt Table | 8/31/15 |
| 8 | CO-RE-00-06 | 8/31/2012 | Deep Pharyngeal Neuromuscular Stimulation (DPNS) | 8/31/15 |
| 8 | CO-RE-00-07 | 8/31/2012 | Referral For Audiological Assessment | 8/31/15 |
| 9 | CO-RE-00-08 | 8/31/2012 | Phonophoresis | 8/31/15 |
| 8 | CO-RE-00-09 | 8/31/2012 | Cryotherapy | 8/31/15 |
| 8 | CO-RE-00-10 | 8/31/2012 | Joint Mobilization | 8/31/15 |
| 8 | CO-RE-00-11 | 8/12/2012 | Biofeedback Myofeedback | 8/12/15 |
| 8 | CO-RE-00-12 | 8/31/2012 | Driving | 8/31/15 |
| 8 | CO-RE-00-13 | 8/31/2012 | Treatment Procedure: Fluidotherapy | 8/31/15 |
| 8 | CO-RE-00-14 | 8/31/2012 | Hydrocollator - Hot Packs-Moist Heat Packs | 8/31/15 |
| 8 | CO-RE-00-15 | 8/31/2012 | Intermittent Compression Unit - Instructions | 8/31/15 |
| 8 | CO-RE-00-17 | 8/31/2012 | Cleaning Of Equipment & Supplies Used For Patient's | 8/31/15 |

R. 1:35

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 8 | CO-RE-00-18 | 1/31/2012 | Pain Management | 1/30/15 |
| 8 | CO-RE-00-19 | 1/31/2012 | Treatment Plan Development | 1/30/15 |
| 8 | CO-RE-00-20 | 1/31/2012 | PCS Documentation: General Guidelines | 1/30/15 |
| 8 | CO-RE-00-21 | 1/31/2012 | Written Documentation: General Guidelines | 1/30/15 |
| 8 | CO-RE-00-22 | 8/31/2012 | Use of Safety Devices | 8/31/15 |
| 8 | CO-RE-00-23 | 8/31/2012 | Ultrasound | 8/31/15 |
| 8 | CO-RE-00-24 | 8/31/2012 | Ultrasound And Electrical Stimulations - Combined | 8/31/15 |
| 8 | CO-RE-00-25 | 8/31/2012 | Patient Transportation | 8/31/15 |
| 8 | CO-RE-00-26 | 8/31/2012 | Neuromuscular Electrical Stimulation (Vital Stimulation) | 8/31/15 |
| 8 | CO-RE-00-27 | 8/31/2012 | Contrast Baths, Procedure | 8/31/15 |
| 8 | CO-RE-00-28 | 8/31/2012 | Electrical Stimulation | 8/31/15 |
| 8 | CO-RE-00-29 | 8/31/2012 | Monitoring of Modality Safe Temperatures | 8/31/15 |
| | | | ACUTE CARE | |
| 8 | CO-RE-01-01 | 1/31/2012 | Discharge Criteria For Acute Therapy Services | 1/30/15 |
| 8 | CO-RE-01-02 | 1/31/2012 | Assessment: Initial/Discharge | 1/30/15 |
| 8 | CO-RE-01-03 | 1/31/2012 | Acute Hospital Patient Reassessment | 1/30/15 |
| | | | OUTPATIENT REHAB | |
| 8 | CO-RE-02-01 | 2/28/2012 | Patient Safety/Fall Prevention Program | 2/27/15 |
| 8 | CO-RE-02-02 | 1/31/2012 | Admission Criteria | 1/30/15 |
| 8 | CO-RE-02-03 | 1/31/2012 | Discharge Criteria | 1/30/15 |
| 8 | CO-RE-02-04 | 1/31/2012 | Discharge Planning | 1/30/15 |
| 8 | CO-RE-02-05 | 1/31/2012 | Discharge Summary | 1/30/15 |
| 8 | CO-RE-02-06 | 1/31/2012 | Exclusionary Criteria | 1/30/15 |
| 8 | CO-RE-02-07 | 1/31/2012 | Initial Evaluation - PT/OT/ST | 1/30/15 |
| 8 | CO-RE-02-08 | 1/31/2012 | Medical and Therapeutic Holds | 1/30/15 |
| 8 | CO-RE-02-09 | 1/31/2012 | Patient Admission Information | 1/30/15 |
| 8 | CO-RE-02-10 | 1/31/2012 | Patient And Family Education | 1/30/15 |
| 8 | CO-RE-02-11 | 1/31/2012 | Patient Case Conferences | 1/30/15 |
| 8 | CO-RE-02-12 | 1/31/2012 | Patient Referrrals For Outpatient Rehabilitation Services | 1/30/15 |
| 8 | CO-RE-02-13 | 1/31/2012 | Plan Of Care | 1/30/15 |
| 8 | CO-RE-02-14 | 1/31/2012 | Reassessment | 1/30/15 |
| 8 | CO-RE-02-15 | 8/1/2012 | OFF Grounds Treatment with Patient/Therapist | 8/1/15 |
| 8 | CO-RE-02-16 | 8/1/2012 | Multidisciplinary Community Re-Entry Outings | 8/1/15 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| | | | **INPATIENT REHAB** | |
| 8 | CO-RE-03-01 | 8/31/2012 | Discharge Planning Inpatient | 8/31/15 |
| 8 | CO-RE-03-02 | 8/31/2012 | Ordering Special Equipment - Other Than Prosthetics and | 8/31/15 |
| 8 | CO-RE-03-03 | 8/31/2012 | Family Conferences | 8/31/15 |
| 8 | CO-RE-03-04 | 8/31/2012 | Treatment for Patients Who Have Experienced A Change | 8/31/15 |
| | | | **CARDIAC REHAB** | |
| 8 | CO-RE-04-01 | 5/1/2011 | Cardiac Rehab Services And Referral Process | 4/30/14 |
| 8 | CO-RE-04-02 | 5/1/2011 | Cardiac Rehab Program Goals | 4/30/14 |
| 8 | CO-RE-04-03 | 5/1/2011 | Cardiac Rehab Safety | 4/30/14 |
| 8 | CO-RE-04-04 | 5/1/2011 | Cardiac Rehab Termination Of Exercise Session | 4/30/14 |
| 8 | CO-RE-04-05 | 5/1/2011 | Cardiac Rehab Patient Risk Stratification | 4/30/14 |
| 8 | CO-RE-04-06 | 5/1/2011 | Cardiac Rehab Patient Education Program | 4/30/14 |
| 8 | CO-RE-04-07 | 5/1/2011 | Cardiac Rehab Initial Assessment And Orientation | 4/30/14 |
| 8 | CO-RE-04-08 | 5/1/2011 | Cardiac Rehab Inclusionary & Exclusionary Criteria | 4/30/14 |
| 8 | CO-RE-04-09 | 5/1/2011 | Cardiac Rehab Exercise Prescription | 4/30/14 |
| 8 | CO-RE-04-10 | 5/1/2011 | Cardiac Rehab Assessment | 4/30/14 |
| 8 | CO-RE-04-11 | 5/1/2011 | Discharge Criteria, Cardiac Rehab | 4/30/14 |
| 8 | CO-RE-04-12 | 5/1/2011 | Cardiac Rehab Patient Assessments | 4/30/14 |
| 8 | CO-RE-04-13 | 5/1/2011 | Phase I Cardiac Rehab Services | 4/30/14 |
| 8 | CO-RE-04-14 | 5/1/2011 | Role Of The Medical Director | 4/30/14 |
| 8 | CO-RE-04-15 | 5/1/2011 | Cardiac Rehab Guidelines For Exercise In Diabetic Patier | 4/30/14 |
| | | | **PULMONARY REHAB** | |
| 8 | CO-RE-05-01 | 6/1/2011 | Pulmonary Rehab Patient Referral | 5/31/14 |
| 8 | CO-RE-05-02 | 6/1/2011 | Pulmonary Rehab Admission Criteria | 5/31/14 |
| 8 | CO-RE-05-03 | 6/1/2011 | Pulmonary Rehab Initial Assessment | 5/31/14 |
| 8 | CO-RE-05-04 | 6/1/2011 | Pulmonary Rehab Six Minute Walk Assessment | 5/31/14 |
| 8 | CO-RE-05-05 | 6/1/2011 | Pulmonary Rehab Reassessment | 5/31/14 |
| 8 | CO-RE-05-06 | 6/1/2011 | Pulmonary Rehab Patient Safety | 5/31/14 |
| 8 | CO-RE-05-07 | 6/1/2011 | Pulmonary Rehab  Patient Exercise Prescription | 5/31/14 |
| 8 | CO-RE-05-08 | 6/1/2011 | Pulmonary Rehabilitation Patient & Family Education | 5/31/14 |
| 8 | CO-RE-05-09 | 6/1/2011 | Pulmonary Rehab Goals | 5/31/14 |
| 8 | CO-RE-05-10 | 6/1/2011 | Pulmonary Rehab Documentation | 5/31/14 |
| 8 | CO-RE-05-11 | 6/1/2011 | Pulmonary Rehab Discharge Guidelines | 5/31/14 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 8 | CO-RE-05-12 | 6/1/2011 | Pulmonary Rehab Individualized Treatment Plan | 5/31/14 |
| | | | General Administration | |
| 8 | CO-RE-06-01 | 8/31/2012 | Pool Rules and Regulations | 8/31/15 |
| 8 | CO-RE-06-02 | 1/31/2012 | Educating Patient And Family | 1/30/15 |
| 8 | CO-RE-06-03 | 8/31/2012 | Scheduling Patients for Therapy Treatments | 8/31/15 |
| 8 | CO-RE-06-04 | 8/31/2012 | Safety - Limited Use Of Extension Cord in the Therapy De | 8/31/15 |
| 8 | CO-RE-06-05 | 8/31/2012 | Safety - IV's, Oxygen, Catheter Bags - Guidelines for Ther | 8/31/15 |
| 8 | CO-RE-06-06 | 8/31/2012 | Safety Guidelines And Records | 8/31/15 |
| 8 | CO-RE-06-07 | 8/31/2012 | Infection Control With Kitchen Activities | 8/31/15 |
| 8 | CO-RE-06-08 | 8/31/2012 | Infection Control: Cleaning Of Modality Equipment | 8/31/15 |
| 8 | CO-RE-06-09 | 8/31/2012 | Infection Control : Sanitizing of Adaptive Eating Equipmeɪ | 8/31/15 |
| 8 | CO-RE-06-10 | 8/31/2012 | Wheelchair and Seating Clinic Services | 8/31/15 |
| | | | PEDIATRICS | |
| | | | FORMS | |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| | | | **RESPIRATORY CARE** | |
| | | | **ADMINISTRATION** | |
| 9 | CO-RC-01-01 | 7/1/2012 | Medical Direction Of Respiratory Care | 7/1/15 |
| 9 | CO-RC-01-02 | 8/1/2012 | Performance Improvement for Respiratory Care | 8/1/15 |
| 9 | CO-RC-01-03 | 9/1/2012 | Orientation, Training & Education Of Respiratory Therapy Associates | 9/1/15 |
| 9 | CO-RC-01-04 | 9/1/2012 | State License And CPR Certification | 9/1/15 |
| 9 | CO-RC-01-05 | 9/1/2012 | Responsibilities of the Cardiopulmonary Department | 9/1/15 |
| 9 | CO-RC-01-06 | 9/1/2012 | General Responsibilities Of The Respiratory Care Department | 9/1/15 |
| 9 | CO-RC-01-07 | 11/1/2013 | Staffing, Absences and Punctuality | 3/31/16 |
| 9 | CO-RC-01-08 | 9/1/2012 | Management of External Agency Respiratory Care Practitioners | 9/1/15 |
| 9 | CO-RC-01-09 | 9/1/2012 | Documentation and Meditech Downtime Procedures For Respiratory Care | 9/1/15 |
| 9 | CO-RC-01-10 | 9/1/2012 | Respiratory Student Policy | 9/1/15 |
| | | | **RESPIRATORY CARE** | |
| 9 | | 4/1/2012 | Safe Handling - Use of Metricide OPA PLUS Solution and Test Strips | 4/1/15 |
| 9 | CO-RC-02-01 | 9/1/2012 | Criteria For Undesirable Therapeutic Side Effects | 9/1/15 |
| 9 | CO-RC-02-03 | 9/1/2012 | Respiratory Care Services Respiratory Care Plan | 9/1/15 |
| 9 | CO-RC-02-04 | 9/1/2012 | Initiation & Timelines Of Therapy | 9/1/15 |
| 9 | CO-RC-02-05 | 9/1/2012 | Respiratory Care Orders | 9/1/15 |
| 9 | CO-RC-02-06 | 9/1/2012 | Shift Report | 9/1/15 |
| 9 | CO-RC-02-07 | 9/1/2012 | Transfers of RC Patients Between ICU's, General Floors And ER's | 9/1/15 |
| 9 | CO-RC-02-08 | 9/1/2012 | Pulse Ox Monitoring on the Floors | 9/1/15 |
| 9 | CO-RC-02-09 | 9/1/2012 | Oxygen Rounds | 9/1/15 |
| 9 | CO-RC-02-10 | 9/1/2012 | Oxygen Administration | 9/1/15 |
| 9 | CO-RC-02-11 | 9/1/2012 | Continuous Aersol Therapy | 9/1/15 |
| 9 | CO-RC-02-12 | 5/1/2012 | Aersol Therapy Treatments | 5/1/15 |
| 9 | CO-RC-02-13 | 9/1/2012 | Pentamidine Isethionate Aersol Therapy Treatments | 9/1/15 |
| 9 | CO-RC-02-14 | 9/1/2012 | Pulse Oximeter Trending | 9/1/15 |
| 9 | CO-RC-02-15 | 10/1/2012 | Intermittent Positive Pressure Breathing | 10/1/15 |
| 9 | CO-RC-02-16 | 7/1/2012 | Sputum Specimen Collection | 7/1/15 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 9 | CO-RC-02-17 | 7/1/2012 | Aerosol Medication Delivery Via Meter Dose Inhaler And Aero-chamber | 7/1/15 |
| 9 | CO-RC-02-18 | 7/1/2012 | Nasal Wash For The Detection Of Respiratory Syncytial Virus | 7/1/15 |
| 9 | CO-RC-02-19 | 7/1/2012 | Chest Physical Therapy | 7/1/15 |
| 9 | CO-RC-02-20 | 7/1/2012 | Nasopharyngeal Or Oropharyngeal Suctioning | 7/1/15 |
| 9 | CO-RC-02-21 | 7/1/2012 | Suctioning Endotracheal Tube Or Tracheotomy Tube | 7/1/15 |
| 9 | CO-RC-02-22 | 7/1/2012 | Use Of The Demistifier Scavenging Isolation Unit | 7/1/15 |
| 9 | CO-RC-02-23 | 7/1/2012 | Initiation Of Pulse Oximeter | 7/1/15 |
| 9 | CO-RC-02-24 | 7/1/2012 | Cystic Fibrosis Therapy Protocol | 7/1/15 |
| 9 | CO-RC-02-25 | 7/1/2012 | Administration of Pulmozyme(Dornase Alpha) | 7/1/15 |
| 9 | CO-RC-02-26 | 7/1/2012 | Administration of Aerosolized Tobi(Tobramycin Solution) | 7/1/15 |
| 9 | CO-RC-02-27 | 7/27/2012 | Use of The Vest Percussive Unit | 7/1/15 |
| 9 | CO-RC-02-28 | 12/1/2012 | Acapella(airway mucus clerance device) | 12/1/15 |
| 9 | CO-RC-02-29 | 12/23/2012 | EzPAP(Positive Airway Pressure System) | 12/1/15 |
| 9 | CO-RC-02-30 | 12/23/2012 | Surfactant Administration in Nicu | 12/1/15 |
| 9 | CO-RC-02-31 | 12/23/2012 | Intrapulmonary Percussive Ventilation | 12/1/15 |
| 9 | CO-RC-02-32 | 12/1/2012 | Administration of Hypertonic Saline | 12/1/15 |
| 9 | CO-RC-02-33 | 12/23/2012 | Pediatric Asthma Protocol | 12/1/15 |
| 9 | CO-RC-02-34 | 12/1/2012 | Colistin Antibiotic Aerosol Therapy | 12/1/15 |
| 9 | CO-RC-02-35 | 12/1/2012 | Cough Assist Mechanical In-Exsufflator Device | 12/1/15 |
| 9 | CO-RC-02-36 | 11/1/2013 | Bronchiolitis Protocol | 12/1/15 |
| 9 | CO-RC-02-37 | 12/12/2012 | Reactive Airway Disease Protocol | 12/12/15 |
| 9 | CO-RC-02-39 | 12/1/2012 | Mechanical Ventilation | 12/1/15 |
| 9 | CO-RC-02-40 | 1/17/2013 | Use of the Passy-Muir Tracheostomy Speaking Valve(Pmtsv) | 1/1/16 |
| 9 | CO-RC-02-41 | 1/17/2013 | Evita 4 Mechanical Ventilator Set-Up & Implementation | 1/1/16 |
| 9 | CO-RC-02-42 | 1/17/2013 | Tracheostomy Replacement | 1/1/16 |
| 9 | CO-RC-02-43 | 1/17/2013 | Endotracheal Intubation | 1/1/16 |
| 9 | CO-RC-02-45 | 1/1/2013 | Bilevel Positive Airway Pressure Ventilation | 1/1/16 |
| 9 | CO-RC-02-46 | 1/17/2013 | Bronchoscopy Assistance | 1/1/16 |
| 9 | CO-RC-02-47 | 1/17/2013 | Continuous Bronchodilator Therapy Administration | 1/1/16 |
| 9 | CO-RC-02-48 | 1/1/2013 | Plumonetic System LTV Ventilator | 1/1/16 |
| 9 | CO-RC-02-60 | 11/1/2013 | Bunnell Jet Ventilator | 10/31/16 |
| 9 | H-18 | 3/1/2012 | Negative Pressure Ventilation | 3/1/15 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| | | | BLOOD GASES | |
| | | | PULMONARY FUNCTION TESTS | |
| | | | SLEEB LAB | |
| | | | RISK MANAGEMENT | |
| 9 | | | Risk Management and Loss Prevention Regional Plan FY2013 | |
| 9 | CO-PI-01-07 | 7/1/2012 | Informed Consent | 7/1/15 |
| 9 | CO-PI-01-12 | 1/1/2012 | Authorized Drivers of CSRHC Owned Vehicles Policy | 12/31/14 |
| 9 | CO-PI-01-16 | 9/1/2012 | Records Retention and Destruction Policy | 9/1/15 |
| 9 | CO-PI-01-17 | 10/19/2012 | RM and Loss Prevention Management Plan | 10/19/15 |
| 9 | CO-PI-01-18 | 1/1/2012 | Patient Personal Property And Valuables | 12/31/14 |
| 9 | CO-PI-01-23 | 9/1/2012 | Emergency Medical Treatment & Active Labor Act (EMTALA) And Patient Transfer Policy | 9/1/15 |
| 9 | CO-PI-01-24 | 1/1/2012 | EMTALA Violation Reporting | 12/31/14 |
| 9 | CO-PM-01-33 | 12/1/2009 | Response to Patient Abuse Allegations Made Against Staff | 11/30/12 |
| 9 | CO-RM-01-02 | 4/1/2013 | Variance Reporting (Risk Management Notification) | 3/31/16 |
| 9 | CO-RM-01-03 | 7/1/2013 | Associates Serving As Notary Public To Legal Instruments | 6/30/16 |
| 9 | CO-RM-01-06 | 7/1/2013 | Elopement Policy | 6/30/16 |
| 9 | CO-RM-01-15 | 1/1/2014 | Against Medical Advice-Refusal of Treatment and Discharge(AMA) | 12/31/16 |
| 9 | CO-RM-01-25 | 6/1/2013 | Sequestering of Medical Devices, Equipment, and Products Following an Actual or Potential Adverse Event | 5/31/16 |
| 9 | CO-RM-01-26 | 7/1/2013 | Associates Witnessing Signatures on Wills, Deeds for Asset or Property Transfers, and Durable Power of Attorney | 6/30/16 |
| 9 | CO-RM-01-27 | 9/1/2013 | Emergency Detention and Involuntary Mental Health Services | 8/31/16 |
| | | | SAFETY | |
| 9 | CO-EC-01-02 | 1/1/2012 | Electrical Safety | 12/31/14 |
| 9 | CO-EC-01-03 | 1/1/2012 | Extension Cords and Adaptors | 12/31/14 |
| 9 | CO-EC-01-04 | 1/1/2012 | Portable Heating Devices | 12/31/14 |
| 9 | CO-EC-01-11 | 1/1/2012 | Safe Medical Device Act Reporting | 12/31/14 |
| 9 | CO-EC-01-14 | 12/1/2010 | Construction Related Environmental Safety And Infection Control Procedures | 11/30/13 |
| 9 | CO-EC-01-15 | 7/1/2012 | Eyewash Stations and Emergency Showers | 7/1/15 |
| 9 | CO-EC-03-04 | 5/1/2013 | Respiratory Protection Program | 4/30/16 |
| 9 | CO-EC-05-02 | 1/1/2012 | Report on Open Flame Fires - Code Red | 12/31/14 |

| Binder No. | Policy No. | Most Recent Review Date | Title | Date Due for Review |
|---|---|---|---|---|
| 9 | CO-EC-05-04 | 1/1/2012 | Portable Fire Extinguisher Inspection | 12/31/14 |
| 9 | CO-EC-05-05 | 1/1/2012 | Flammability / Combustibility of Purchased Furniture, Furnishings, and Decorations | 12/31/14 |
| 9 | CO-EC-05-07 | 1/1/2012 | General Fire Prevention Duties | 12/31/14 |
| 9 | CO-EC-05-08 | 4/1/2012 | Compressed Gas Cylinders | 4/1/15 |
| 9 | CO-SA-01-06 | 4/1/2013 | Fire Alarm and Fire Drills | 3/31/16 |
| 9 | EC.02.03.01 LS. | 7/1/2012 | Fire and Life Safety Management Plan | 7/1/15 |
| 9 | EC.01.01.01 | 7/1/2012 | Environmental Safety Management Plan | 7/1/15 |
| | | | SECURITY | |
| 9 | EC-02.01.01 | 7/1/12 | Security Management Plan | 7/1/15 |
| 9 | CO-EC-02-02 | 3/1/11 | Parking At Christus Santa Rosa Health Care Facilities | 2/28/14 |
| 9 | CO-EC-02-08 | 4/1/2011 | Package Inspection | 3/31/14 |
| 9 | CO-EC-02-17 | 5/1/2013 | Patient Valuables Policy | 4/30/16 |
| 9 | CO-EC-02-20 | 11/1/2010 | Patient (Forensic) Prisoner Policy | 10/31/13 |
| 9 | CO-EC-02-21 | 2/28/2013 | Mobile Telephone and Pager Service | 2/28/16 |
| 9 | CO-SC-01-02 | 7/1/2013 | Key Control | 6/30/16 |
| 9 | CO-SC-01-03 | 7/1/2013 | Helipad Procedure | 6/30/16 |
| 9 | CO-SC-01-05 | 7/1/2013 | Prevention of Workplace Violence | 6/30/16 |
| 9 | CO-SC-01-06 | 7/1/2013 | Disoderly Conduct | 6/30/16 |
| 9 | CO-SC-01-07 | 7/1/2013 | Bomb Threat (Code Black) | 6/30/16 |
| 9 | CO-SC-01-08 | 7/1/2013 | Closed Circuit Television (CCTV) | 6/30/16 |
| 9 | CO-SC-01-09 | 7/1/2013 | Regional Access Control | 6/30/16 |
| 9 | CO-SC-01-10 | 7/1/2013 | Regional Weapons | 6/30/16 |
| 9 | CO-SC-01-12 | 8/1/2011 | Active Shooter Policy (Code White) | 7/31/14 |
| 9 | CO-SC-01-13 | 7/1/2013 | Identification Badges | 6/30/16 |
| 9 | CO-SC-01-16 | 7/26/2013 | Disaster Phone Procedures | 7/25/16 |
| 9 | CO-SC-01-17 | 7/1/2013 | Management of Dangerous or Combative Patients | 6/30/16 |
| 9 | CO-EC-02.01.0 | 7/1/2012 | Security Program Management Plan | 7/1/15 |
| | | | SPIRITUAL CARE | |

REQUEST FOR PRODUCTION NOs. 3, 4, 5



# MBR

## Marshall's Business Records

4241 Piedras Drive East, Suite 249 San Antonio, TX 78228
Phone: (210) 877-5322 Fax (210) 822-7382

*(handwritten: 9/26/13 ATTN: Julie Zwies 216-784-4868)*

04-51688.001

**August 29, 2013**

## GREETINGS! YOU HAVE JUST RECEIVED ONE OF THE FOLLOWING:

✓ State of Texas Notice and Subpoena        _____ U.S. Federal Notice and Subpoena

_____ Affidavit with Authorization

| |
|---|
| We are requesting:   **any and all records as described on the attached Exhibit 'A'** |
| Other Instructions: |

---

*☆PLEASE CALL US TO ARRANGE NOTARIZATION AND/OR PICK-UP*
**OR**
Send all records and *original,* completed Questions/Affidavits along with any **pre-approved** invoice to:
Marshall's Business Records
4241 Piedras Drive East, Suite 249
San Antonio, TX 78228

---

## ☆ TO COMPLY CORRECTLY, PLEASE READ AND FOLLOW THESE INSTRUCTIONS:

1. PULL RECORDS TO DETERMINE EXISTENCE AND WHETHER FEE WILL **EXCEED $75.00;**
2. IF FEE **EXCEEDS $75.00** CONTACT OUR OFFICE FOR FEE APPROVAL.
   **NO FEES OVER $75.00** WILL BE PAID WITHOUT PRIOR APPROVAL AND ACTUAL INVOICE.
3. CONTACT OUR OFFICE IMMEDIATELY IF **PREPAY** IS REQUIRED
4. IF YOU HAVE THE CAPABILITY TO PRODUCE **RECORDS ON CD, PLEASE DO SO.**
5. ANSWER ALL QUESTIONS/AFFIDAVITS. HAVE ALL SIGNATURES NOTARIZED. ALL QUESTIONS REQUIRE AN ANSWER. **DO NOT USE WHITE OUT**
   BILLING DIRECT QUESTIONS/AFFIDAVITS REQUIRE SPECIAL ATTENTION AND MATCHING TOTALS AND BALANCES

If in the instance that Protected Health Information (PHI) is being requested via subpoena, please note the following:

Pursuant to the HIPAA regulations, 45 CFR, §164.512(e)(1)(iii), we have made a good faith attempt to provide written notification to the individual whose health information is being requested. Attached is a copy of the written notification sent to the individual or his/her legal representative in compliance with the HIPAA regulations. Patient was notified via U.S. Postal Service, hand delivery or facsimile. The objection period was waived by the patient's legal counsel either by (a) written waiver (documentation attached); or by (b) verbal response by the legal representative of the patient.

Thank you in advance for your prompt and courteous attention to this matter.

*Telisha L. Rosene*

Telisha Rosene
Representative of Marshall's Business Records
trosene@mbrecords.net

R. 1:44

# DEPOSITION SUBPOENA DUCES TECUM
## THE STATE OF TEXAS

To any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under **RULE 176 OF TEXAS RULES OF CIVIL PROCEDURE. - GREETINGS -**

You are hereby commanded to subpoena and summon the following witness(es):

Custodian of Records for:

**Christus Santa Rosa Health Systems, Regional Director of Laboratory**
**333 N. Santa Rosa**
**San Antonio, TX 78207**

to be and appear before a Notary Public of my designation for

**Marshall's Business Records (210) 877-5322 Fax (210) 822-7382**
**4241 Piedras Drive East, Suite 249, San Antonio, TX 78228**

or its designated agent, on the forthwith day of Instanter at the office of the custodian and there under oath to make answers of certain written questions to be propounded to the witness and to bring and produce for inspection and photocopying **any and all records as described on the attached Exhibit 'A'** and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access at any and all times whatsoever, then and there to give evidence at the instance of the **Defendant(s), Gerald Marcus Franklin, M.D., et al**, represented by **Richard J. Kasson**, Attorney of Record, in that Certain Cause No. **C-2013-0566-C**, pending on the docket of the **District Court of the 274th Judicial District of Comal County**, Texas. This Subpoena is issued under and by virtue of Rules 200 and 205 and Notice of Deposition Upon Written Questions on file with the above named court, styled

**Leslie Baird**

vs.
**Gerald Marcus Franklin, M.D., and G. Marcus**
**Franklin, M.D. & Associates, P.A. d/b/a The**
**ENT Center of New Braunfels**

and there remain from day to day and time to time until discharged according to law. Any corporation, partnership, association, governmental agency, or other organization that is subpoenaed for the taking of a deposition must designate one or more persons to testify on its behalf as to matters known or reasonably available to the organization.

**WITNESS MY HAND**, this **23rd** day of **August, 2013**.



TAMMY LYNN FOWLER
Notary Public, State of Texas
My Commission Expires
March 19, 2016

_____
SIGNATURE OF ISSUING OFFICER

**176.8 Enforcement of Subpoena. (a)** *Contempt*. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

## OFFICER'S RETURN

Came to hand this _____ day of _____, 20____, and executed this the _____ day of _____, 20____, at _____ o'clock _____M, in the following manner: By delivering to the within witness, _____, a true copy hereof, and tendering to the witness any fees required by law.

Returned this _____ day of _____, 20____.

_____
SIGNATURE OF SERVER

Order No. **04-51688-001**

## Exhibit "A"

Any and all records and documentation regarding the cleaning of any and all frozen section equipment or any other equipment (hereinafter "Pathology Equipment") in the pathology department at Christus Santa Rosa - New Braunfels due to a contaminated tuberculosis presence ("TB")/tissue examination on March 5, 2012, including but not limited to:

1. All documentation reflecting when (what time) the contaminated tissue was first discovered to be contaminated  3/5/12 @ 12 ~~am~~ 31
2. When (what time) the pathology equipment was taken off-line/was no longer available due to the need for immediate cleaning/sanitation 3/5/12 @ ~~noon~~ 12/31
3. All communications to the operating room regarding the unavailability of the pathology equipment for diagnosis of tissue  1231 verbal report to Joe Bonner.
4. When (what time) the pathology equipment was put back into service for use on March 5, 2012.  3/6/12 @ 7Am

**Order No. 51688.1**

Cause No. C-2013-0566-C

Leslie Baird

vs.

Gerald Marcus Franklin, M.D., and G. Marcus
Franklin, M.D. & Associates, P.A. d/b/a The
ENT Center of New Braunfels

In the 274th Judicial District

Court In and for

Comal County, Texas

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Plaintiff(s) by and through their attorney(s) of record: Michael G. Sawicki and Charles Seechting

To other party/parties by and through their attorney(s) of record:

Pursuant to Rules 200 and 205, Texas Rules of Civil Procedures, you will please take notice that twenty (20) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

Christus Santa Rosa Health Systems, Regional Director of Laboratory(Business)
333 N. Santa Rosa  San Antonio, TX 78207

before a Notary Public for    Marshall's Business Records (210) 877-5322  Fax (210) 822-7382
4241 Piedras Drive East, Suite 249, San Antonio, TX 78228

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court. Notice is further given that request is hereby made as authorized under Rules 200 and 205, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition. All electronic or magnetic data and/or records should be produced. Said records are to be provided in a reproducible format or paper format. Paper records may be produced in either electronic or original format.

*Richard Kasson, m*

Richard J. Kasson
GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.
613 NW Loop 410, Suite 800
San Antonio, TX 78216
(210) 569-8500  Fax (210) 569-8490
Attorney for Defendant(s)
SBA # 24002392

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all respective parties and/or all attorneys of record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day,

Dated: August 23 2013                by *Karen Marshall*

Order No. 04-51688-001

Cause No. C-2013-0566-C

Leslie Baird

vs.

Gerald Marcus Franklin, M.D., and G. Marcus
Franklin, M.D. & Associates, P.A. d/b/a The
ENT Center of New Braunfels

In the 274th Judicial District

Court in and for

Comal County, Texas

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS
### Christus Santa Rosa Health Systems,
### Regional Director of Laboratory

Type of Records: **any and all records as described on the attached Exhibit 'A'**

1. Please state your full name, occupation and official title.

   ANSWER_____

2. Are you among those who have possession, custody, control of or access to **any and all records as described on the attached Exhibit 'A'**?

   ANSWER_____

3. Are the aforementioned records kept in the regular course of your business?

   ANSWER_____

4. Was it in the regular course of your business for a person with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record?

   ANSWER_____

5. Please state whether these records were made at the time or shortly after the time of the transaction recorded.

   ANSWER_____

6. Please explain how long records are maintained before destruction.

   ANSWER_____

Order No. 04-51688-001

R. 1:48

7. Please release exact duplicate of the records as requested on the deposition subpoena, or the originals thereof, for attachment to this deposition. Have you done as requested? If not, why not?

ANSWER_____

_____
WITNESS (Custodian of Records)

BEFORE ME, the undersigned authority, on this day personally appeared_____ known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and considerations therein expressed; and who being first duly sworn, stated upon oath that the answers to the foregoing questions are true and correct.

SUBSCRIBED AND SWORN before me on this _____ day of _____, 20____A.D., given under my hand and seal of office in _____ County of the State of _____.

_____
Signature of Notary Public

## Exhibit "A"

Any and all records and documentation regarding the cleaning of any and all frozen section equipment or any other equipment (hereinafter "Pathology Equipment") in the pathology department at Christus Santa Rosa - New Braunfels due to a contaminated tuberculosis presence ("TB")/tissue examination on March 5, 2012, including but not limited to:

1. All documentation reflecting when (what time) the contaminated tissue was first discovered to be contaminated
2. When (what time) the pathology equipment was taken off-line/was no longer available due to the need for immediate cleaning/sanitation
3. All communications to the operating room regarding the unavailability of the pathology equipment for diagnosis of tissue
4. When (what time) the pathology equipment was put back into service for use on March 5, 2012.

**Order No. 51688.1**

Cause No. C-2013-0566-C

| | |
|---|---|
| Leslie Baird | In the 274th Judicial District |
| vs. | Court in and for |
| Gerald Marcus Franklin, M.D., and G. Marcus Franklin, M.D. & Associates, P.A. d/b/a The ENT Center of New Braunfels | Comal County, Texas |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS
### Christus Santa Rosa Health Systems,
### Regional Director of Laboratory

Type of Records:     **any and all records as described on the attached Exhibit 'A'**

1.    Please state your full name, occupation and official title.

ANSWER _Julie Ferrill Zwies, Medical Technologist, Regional Lab Director_

2.    Are you among those who have possession, custody, control of or access to any and all records as described on the attached Exhibit 'A'?

ANSWER _Yes_

3.    Are the aforementioned records kept in the regular course of your business?

ANSWER _Yes_

4.    Was it in the regular course of your business for a person with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record?

ANSWER _Yes_

5.    Please state whether these records were made at the time or shortly after the time of the transaction recorded.

ANSWER _Yes, at the time the transaction was recorded._

6.    Please explain how long records are maintained before destruction.

ANSWER _2 years_

Order No. 04-51688-001

R. 1:51

7. Please release exact duplicate of the records as requested on the deposition subpoena, or the originals thereof, for attachment to this deposition. Have you done as requested? If not, why not?

ANSWER ___Yes_____

_____

WITNESS (Custodian of Records)

BEFORE ME, the undersigned authority, on this day personally appeared __Julie Zwies__ known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and considerations therein expressed; and who being first duly sworn, stated upon oath that the answers to the foregoing questions are true and correct.

SUBSCRIBED AND SWORN before me on this ___6___ day of __September__, 20 _13_ A.D., given under my hand and seal of office in __Bexar__ County of the State of __Texas__.

JULISA C. ALANIS
My Commission Expires
August 17, 2014
NOTARY PUBLIC
STATE OF TEXAS

_____

Signature of Notary Public

Order No. 04-51688-001

R. 1:52

## Exhibit "A"

Any and all records and documentation regarding the cleaning of any and all frozen section equipment or any other equipment (hereinafter "Pathology Equipment") in the pathology department at Christus Santa Rosa - New Braunfels due to a contaminated tuberculosis presence ("TB")/tissue examination on March 5, 2012, including but not limited to:

1. All documentation reflecting when (what time) the contaminated tissue was first discovered to be contaminated
2. When (what time) the pathology equipment was taken off-line/was no longer available due to the need for immediate cleaning/sanitation
3. All communications to the operating room regarding the unavailability of the pathology equipment for diagnosis of tissue
4. When (what time) the pathology equipment was put back into service for use on March 5, 2012.

**Order No. 51688.1**

| Title Turnaround Time Log | Number Frozen Section Form 6 | Revision 0008 |
|---|---|---|

# Frozen Section Turnaround Time Log

Month _____MARCH____Year__2012_____

Record below any problems with specimen if time exceeds 15 minutes.

| Received | | Surgical Number | Type of Specimen | Time Comp. | Tech | Total Time | Comments |
|---|---|---|---|---|---|---|---|
| Date | Time | | | | | | |
| 3/5/12 | 12:19 | NS12-849 | Lung Lobe | 12:31 | PA | 12 min | shutdown possible TB |
| | | De frosted | Decontaminated 3/6/12 | | PA | | |
| 3/9/12 | 12:50 | NS12-915 | Skin Superior margin | 11:01 | PA | 10 min | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Reviewed by ___PA___ Date 4/25/12

R. 1:54

Cause No. C-2013-0566-C

| | | |
|---|---|---|
| LESLIE BAIRD | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | OF COMAL COUNTY, TEXAS |
| | § | |
| GERALD MARCUS FRANKLIN, MD AND | § | |
| G. MARCUS FRANKLIN, MD | § | |
| ASSOCIATES, P.A. D/B/A THE ENT | § | |
| CENTER OF NEW BRAUNFELS | § | 274th JUDICIAL DISTRICT |

**DEFENDANTS CHRISTUS HEALTH AND CHRISTUS SANTA ROSA HEALTH SYSTEM
D/B/A CHRISTUS SANTA ROSA HOSPITAL — NEW BRAUNFELS'
OBJECTIONS AND ANSWERS TO DEFENDANTS GERALD MARCUS FRANKLIN, MD AND
G. MARCUS FRANKLIN, MD & ASSOCIATES, PA D/B/A THE ENT CENTER OF NEW
<u>BRAUNFELS' FIRST INTERROGATORIES</u>**

TO:    Gerald Marcus Franklin, MD and G. Marcus Franklin, MD & Associates, P.A. d/b/a The
ENT Center of New Braunfels, by and through its attorney of record, Richard J. Kasson,
Gonzalez, Chiscano, Angulo & Kasson, PC, 613 N.W. Loop 410, Suite 800, San Antonio,
Texas 78216.

CHRISTUS Health and CHRISTUS Santa Rosa Health System d/b/a CHRISTUS Santa

Rosa Hospital — New Braunfels, pursuant to the Texas Rules of Civil Procedure, make the

following Objections and Answers to Defendants Gerald Marcus Franklin, MD And G. Marcus

Franklin, MD & Associates, PA D/B/A The ENT Center Of New Braunfels' First Interrogatories.

R. 1:55

Respectfully submitted,

KROGER | BURRUS

By:_____

    Edward J. Kroger
    State Bar No. 11729700
    Kroger@krogerlaw.com
    Leah A. Greene
    State Bar No. 24012729
    Greene@krogerlaw.com
3100 Weslayan, Suite 300
Houston, Texas 77027
Telephone:    713.961.7952
Telecopier:    713.961.7953

Counsel for Defendants
CHRISTUS Health and CHRISTUS Santa
Rosa Health System d/b/a CHRISTUS Santa
Rosa Hospital – New Braunfels

2

## CERTIFICATE OF SERVICE

This Pleading was served in compliance with the Texas Rules of Civil Procedure by the methods designated, or if not designated, by United States Postal Service First Class Mail, on this, the 4th day of April 2014.

| | |
|---|---|
| Mr. Michael Sawicki | *Via CM-RRR and Fascimile* |
| Sawicki & Lauten, LLP | *(214) 468-8845* |
| 4040 N. Central Expressway, Suite 850 | |
| Dallas, Texas 75204 | |
| | |
| Mr. Charles Soechting | *Via CM-RRR and Fascimile* |
| Soechting Law Firm | (512) 392-6204 |
| 3331 Ranch Rd., 12, Suite 107 | |
| San Marcos, Texas 78666 | |
| | |
| Mr. Richard Kasson | *Via CM-RRR and Fascimile* |
| Gonzalez Chiscano Angulo & Kasson, PC | *(210) 569-8490* |
| 613 NW Loop 410, Suite 800 | |
| San Antonio, Texas 78216 | |

Leah A. Greene

DEFENDANTS CHRISTUS HEALTH AND CHRISTUS SANTA ROSA HEALTH SYSTEM
D/B/A CHRISTUS SANTA ROSA HOSPITAL — NEW BRAUNFELS'
OBJECTIONS AND ANSWERS TO DEFENDANTS GERALD MARCUS FRANKLIN, MD AND
G. MARCUS FRANKLIN, MD & ASSOCIATES, PA D/B/A THE ENT CENTER OF NEW
<u>BRAUNFELS' FIRST INTERROGATORIES</u>

**INTERROGATORY NO. 1**: Identify by name, address and phone number each and every employee, including but not limited to, all nurses, surgical coordinators, surgical assistants, pathology department technicians, of the Hospital who worked in the surgical department and the pathology department within the Hospital on March 5, 2012.

**ANSWER:**     The health care providers whose names, signatures, or initials appear in the medical records for Leslie Baird's March 5, 2012 procedure at CHRISTUS Santa Rosa Hospital — New Braunfels include but may not be limited to:

CHRISTUS Santa Rosa  Hospital — New Braunfels                 Treating Facility
c/o Counsel Edward J. Kroger and Leah A. Greene
Kroger | Burrus
3100 Weslayan, Suite 300
Houston, Texas 77027
Telephone: 713.961.7952
Custodian of Records, employees, agents, physicians, nurses, aides, therapists, and affiliated healthcare providers currently employed and/or employed at the time of the incident made the basis of this lawsuit, including but not limited to:

| | |
|---|---|
| Angleton, Gareth G., RN | PACU |
| Bonner, Joe, RN | OR Supervisor |
| Brammeier, Vanessa, RN | |
| Farrow, Martha | |
| Garcia, Carmela | |
| Holden, Pamela | Lab Supervisor |
| La Roque, B., | Nerve stimulator |
| McKeen, Cassie, RN | Circulator |
| Moya, Susie S., RN | |
| Path-Jente, Lori A., RN | |
| Phillips, Patricia | Certified Scrub Tech |
| Skehan, Laura S, RN | Post Op |

*Physicians on staff at CHRISTUS Santa Rosa Hospital — New Braunfels*

| | |
|---|---|
| Franklin, Gerald Marc, MD | ENT Surgeon |
| Hensley, Richard, MD | Pathologist |
| Perches, David, MD | Anesthesiologist |
| Rodriguez, Richard | First Assistant |

4

**INTERROGATORY NO. 2:** Identify each and every Hospital employee you contend informed Dr. Franklin <u>BEFORE</u> he started his thyroidectomy surgery on Plaintiff on March 5th, 2012, that the cryostat a/k/a frozen section machine was not available and/or out of service for Plaintiff's surgery.

**ANSWER:**

CHRISTUS Santa Rosa  Hospital — New Braunfels        Treating Facility
c/o Counsel Edward J. Kroger and Leah A. Greene

Kroger | Burrus
3100 Weslayan, Suite 300
Houston, Texas 77027
Telephone: 713.961.7952
Custodian of Records, employees, agents, physicians, nurses, aides, therapists, and affiliated healthcare providers currently employed and/or employed at the time of the incident made the basis of this lawsuit, including but not limited to:

Bonner, Joe, RN        OR Supervisor
McKeen, Cassie, RN        Circulator


**INTERROGATORY NO. 3:** Identify by name, address and phone number of each pathologist who was on duty and in charge/supervising the operations of the pathology department of the Hospital on March 5, 2012 and indicate the start and ending time of each pathologist.

**ANSWER:**

Berardo, Melora, MD        Chief Pathologist
600 N. Union Ave
New Braunfels, Texas 78130
830.643.5189

Dr. Berardo was responsible for Clinical Pathology services from 5:00 PM on March 5, 2012 through the conclusion of her shift on March 6, 2012.

Hensley, Richard, MD        Pathologist
600 N. Union Ave
New Braunfels, Texas 78130
830.606.9111

Dr. Hensley was responsible for the Histology Department from 7:45 AM to 5:00 PM on March 5, 2012.

5

**INTERROGATORY NO. 4**: Identify by name, address and phone number who was serving as Chief of Pathology for the Hospital on March 5, 2012.

**ANSWER:**

Berardo, Melora, MD                                                Chief Pathologist
600 N. Union Ave
New Braunfels, Texas 78130
830.643.5189


**INTERROGATORY NO. 5:** Identify by name, address and phone number Chief of Surgery for the Hospital on March 5, 2012.

**ANSWER:**

Metzger, Nicholas, MD                                            Chief of Surgery
191 N. Union Avenue
New Braunfels, Texas 78130
830.627.9229


**INTERROGATORY NO. 6:** Identify by name, address and phone number the pathology department personnel, technician and/or pathologist who you contend called and/or informed the surgical department on March 5, 2012 to tell them the cryostat a/k/a frozen section equipment was down due to contamination and need for cleaning.

**ANSWER:**

CHRISTUS Santa Rosa  Hospital — New Braunfels            Treating Facility
c/o Counsel Edward J. Kroger and Leah A. Greene
Kroger | Burrus
3100 Weslayan, Suite 300
Houston, Texas 77027
Telephone: 713.961.7952
Custodian of Records, employees, agents, physicians, nurses, aides, therapists, and affiliated healthcare providers currently employed and/or employed at the time of the incident made the basis of this lawsuit, including but not limited to:

Bonner, Joe, RN                                               OR Supervisor
Holden, Pamela, HT                                       Lab Supervisor
McKeen, Cassie, RN                                       Circulator

6

**INTERROGATORY NO. 7:** Identify any and all Pathology Policies and Procedures manuals and/or guidelines that were in effect on March 5, 2012, which address and/or pertain in any manner to proper communication to various departments/personnel within the Hospital if any pathology equipment, including but not limited to cryostat a/k/a frozen section machine(s) are not available for use for any reason.

**ANSWER:** Please see the attached CHRISTUS Santa Rosa Hospital — New Braunfels Guidelines. Please highlight the sections you would like to review, and Defendant will forward the same to you.

**INTERROGATORY NO. 8**: Identify any and all Surgical Department Policies and Procedures manuals and/or guidelines that were in effect on March 5, 2012, which address and/or pertain in any manner to the proper course of action and/or communication to physicians, surgeons and/or surgical technicians if any pathology equipment, including but not limited to cryostat a/k/a frozen section machine(s) are not available for use for any reason.

**ANSWER:** Please see the attached CHRISTUS Santa Rosa Hospital — New Braunfels Guidelines. Please highlight the sections you would like to review, and Defendant will forward the same to you.

NO. C-2013-0566-C

LESLIE BAIRD,                          ) IN THE DISTRICT COURT
                                       )
            Plaintiff,                 )
                                       )
VS.                                    ) COMAL COUNTY, TEXAS
                                       )
GERALD MARCUS FRANKLIN,                )
M.D., AND G. MARCUS                    )
FRANKLIN, M.D. &                       )
ASSOCIATES, P.A. D/B/A THE             )
ENT CENTER OF NEW                      )
BRAUNFELS, CHRISTUS                    )
HEALTH; AND CHRISTUS SANTA             )
ROSA HEALTH CARE                       )
CORPORATION D/B/A CHRISTUS             )
SANTA ROSA HOSPITAL - NEW              )
BRAUNFELS,                             )
                                       )
            Defendants.                ) 274TH JUDICIAL DISTRICT


------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

PAMELA HOLDEN

JULY 16, 2014

------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF PAMELA HOLDEN,

produced as a witness at the instance of the DEFENDANT,

and duly sworn, was taken in the above-styled and

numbered cause on July 16, 2014 from 9:08 o'clock a.m.

to 1:46 o'clock p.m., before DEBBIE S. LONGORIA, CSR in

and for the State of Texas, reported by machine

shorthand, at the COURTYARD MARRIOTT NEW BRAUNFELS,

pursuant to the Texas Rules of Civil Procedure and the

provisions stated on the record or attached hereto.

A.   I've just always called directly to the OR and told them that the cryostat will be down, no more frozens.

Q.   Generally, that's usually all the cryostat is used for is by the OR department, correct?

A.   Correct.  Well, we also get tissue from the surgery center on Commons and we drive down there, pick it up as fast as we can, get it back and perform a frozen.

Q.   But, within regards to the hospital setting, it's -- cryostat is used by the pathologists when requested by surgeons in the OR?

A.   Correct.

Q.   And do you -- do you remember what you did in this case with respect to this particular tissue and who you contacted?

A.   For this one, as soon as I handed it to Dr. Hensley, he said, "Possible granulomas," and I said, "Okay.  What does that mean possible?  Yea or nay, are we shutting it down?"  And he said, "Yes."  I said, "Okay."  I called directly into the OR and I said, "The cryostat will be down."  I spoke with Joe Bonner on this.

Q.   All right.  And is it your testimony you made that phone call immediately after getting instructions

or information from Dr. Hensley that the cryostat is to be shutdown?

A.   Yes, sir.

Q.   And this is a phone call that you had with him, you didn't tell him in person, correct?

A.   Correct.

Q.   And am I right to assume that this is a phone call that lasted a very short period of time?

A.   Correct.

Q.   Do you know for a fact that you specifically remember sitting here today making that phone call?

A.   Yes, sir.

Q.   And what was Mr. Bonner's response?

A.   He -- he repeated what I said.  I said, "The cryostat's shutdown, no more frozens."  And he said, "No more frozens?"  And I said, "No, sir.  We are down for the day."

Q.   Did you tell him because of suspected TB?

A.   Yes.

Q.   Any other information you gave him other than what you've told me already?

A.   No, not that I remember.

Q.   Not that you remember?

A.   Correct.

Q.   All right.  Did you have any subsequent

NO. C-2013-0566-C

LESLIE BAIRD,                          ) IN THE DISTRICT COURT
                                       )
            Plaintiff,                 )
                                       )
VS.                                    ) COMAL COUNTY, TEXAS
                                       )
GERALD MARCUS FRANKLIN,                )
M.D., AND G. MARCUS                    )
FRANKLIN, M.D. &                       )
ASSOCIATES, P.A. D/B/A THE             )
ENT CENTER OF NEW                      )
BRAUNFELS, CHRISTUS                    )
HEALTH; AND CHRISTUS SANTA             )
ROSA HEALTH CARE                       )
CORPORATION D/B/A CHRISTUS             )
SANTA ROSA HOSPITAL – NEW              )
BRAUNFELS,                             )
                                       )
            Defendants.                ) 274TH JUDICIAL DISTRICT

REPORTER'S CERTIFICATION
DEPOSITION OF PAMELA HOLDEN
JULY 16, 2014

I, DEBBIE S. LONGORIA, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, PAMELA HOLDEN, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on July 22, 2014 to the witness or to the attorney for the witness for examination, signature and return to

me by _August 11, 2014_ ;

That the amount of time used by each party at the deposition is as follows:

MIKE G. SAWICKI - 00 HOURS:11 MINUTE(S)
RICHARD J. KASSON - 03 HOURS:29 MINUTE(S)
LEAH A. GREENE - 00 HOURS:00 MINUTE(S)

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes counsel for all parties of record:

MIKE G. SAWICKI, Attorney for Plaintiff
RICHARD J. KASSON, Attorney for Defendants GERALD MARCUS FRANKLIN, M.D., ET AL
LEAH A. GREENE, Attorney for Defendants CHRISTUS HEALTH, ET AL

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Further certification requirements pursuant to Rule 203 of TRCP will be certified to after they have occurred.

**191**

Certified to by me this ___21st___ day of ___July___,
2014.

___Debbie S. Longoria___

Debbie S. Longoria, Texas CSR #5252
Expiration Date:  12/31/14
DepoTexas — Firm Registration No. 539
Sunbelt Reporting  — Firm Registration No. 600
100 N.E. Loop 410, Suite 540
San Antonio, Texas 78216
(210) 481-7575

NO. C-2013-0566-C

| | |
|---|---|
| LESLIE BAIRD, | ) IN THE DISTRICT COURT |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) COMAL COUNTY, TEXAS |
| | ) |
| GERALD MARCUS FRANKLIN, | ) |
| M.D., AND G. MARCUS | ) |
| FRANKLIN, M.D. & | ) |
| ASSOCIATES, P.A. D/B/A THE | ) |
| ENT CENTER OF NEW | ) |
| BRAUNFELS, CHRISTUS | ) |
| HEALTH; AND CHRISTUS SANTA | ) |
| ROSA HEALTH CARE | ) |
| CORPORATION D/B/A CHRISTUS | ) |
| SANTA ROSA HOSPITAL - NEW | ) |
| BRAUNFELS, | ) |
| | ) |
| Defendants. | ) 274TH JUDICIAL DISTRICT |

---------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

CASSIE McKEEN

JULY 16, 2014

---------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF CASSIE McKEEN, produced as a witness at the instance of the DEFENDANT, and duly sworn, was taken in the above-styled and numbered cause on July 16, 2014 from 2:22 o'clock p.m. to 4:59 o'clock p.m., before DEBBIE S. LONGORIA, CSR in and for the State of Texas, reported by machine shorthand, at the COURTYARD MARRIOTT NEW BRAUNFELS, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.

A.    I don't really understand that.

Q.    Sure.

A.    It went on too long.

Q.    You -- you are -- you are testifying under oath that you told Dr. Franklin, prior to him doing the surgery, that the cryostat was down?

A.    That's correct.

Q.    And that he proceeded, despite knowing that information, that's your testimony, correct?

A.    Yes.

Q.    My question is, have you ever had that experience before with another physician on a thyroidectomy where, for whatever reason, the cryostat was down, you informed that surgeon that it was down, yet, that surgeon went forward with the thyroidectomy, even though it wasn't -- even -- even though that equipment was not available to them?

A.    I cannot.

Q.    This is the only case that you can remember?

A.    This is the only case I can remember a thyroidectomy.  Other cases, I can remember where we proceeded.

Q.    I'm sorry, what?

A.    Where we proceeded if there wasn't frozen available.

118

NO. C-2013-0566-C

LESLIE BAIRD,                          ) IN THE DISTRICT COURT
                                       )
            Plaintiff,                 )
                                       )
VS.                                    ) COMAL COUNTY, TEXAS
                                       )
GERALD MARCUS FRANKLIN,                )
M.D., AND G. MARCUS                    )
FRANKLIN, M.D. &                       )
ASSOCIATES, P.A. D/B/A THE             )
ENT CENTER OF NEW                      )
BRAUNFELS, CHRISTUS                    )
HEALTH; AND CHRISTUS SANTA             )
ROSA HEALTH CARE                       )
CORPORATION D/B/A CHRISTUS             )
SANTA ROSA HOSPITAL - NEW              )
BRAUNFELS,                             )
                                       )
            Defendants.                ) 274TH JUDICIAL DISTRICT

REPORTER'S CERTIFICATION
DEPOSITION OF CASSIE McKEEN
JULY 16, 2014

        I, DEBBIE S. LONGORIA, Certified Shorthand Reporter
in and for the State of Texas, hereby certify to the
following:

        That the witness, CASSIE McKEEN, was duly sworn by
the officer and that the transcript of the oral
deposition is a true record of the testimony given by
the witness;

        That the deposition transcript was submitted on
June 23, 2014 to the witness or to the attorney
for the witness for examination, signature and return to

me by ~~August 11, 2014~~ ;

That the amount of time used by each party at the deposition is as follows:

MIKE G. SAWICKI - 00 HOURS:00 MINUTE(S)
RICHARD J. KASSON - 02 HOURS:07 MINUTE(S)
LEAH A. GREENE - 00 HOURS:02 MINUTE(S)

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes counsel for all parties of record:

MIKE G. SAWICKI, Attorney for Plaintiff
RICHARD J. KASSON, Attorney for Defendants GERALD MARCUS FRANKLIN, M.D., ET AL
LEAH A. GREENE, Attorney for Defendants CHRISTUS HEALTH, ET AL

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Further certification requirements pursuant to Rule 203 of TRCP will be certified to after they have occurred.

120

Certified to by me this 21st day of July, 2014.

Debbie S. Longoria, Texas CSR #5232
Expiration Date:  12/31/14
DepoTexas - Firm Registration No. 539
Sunbelt Reporting  - Firm Registration No. 600
100 N.E. Loop 410, Suite 540
San Antonio, Texas 78216
(210) 481-7575